# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of New York |
|---|---|

**William G. Gibbons**

    Plaintiff

vs.

**Leonard Fronton**

    Defendant

Attorney:

Barton Barton & Plotkin LLP
Sherri Plotkin, Esq.
420 Lexington Ave.
New York, NY. 10170

**Case Number:** 07 CV 682

Legal documents received by Same Day Process Service on March 29th, 2007 at 10:00 AM to be served upon **The United States of America, c/o US Attorney General at 950 Pennsylvania Ave., NW, Washington, DC. 20003**

I, Brandon A. Snesko, swear and affirm that on **March 29th, 2007 at 12:30 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Civil Cover Sheet; Summons in a Civil Action; Complaint; Exhibit A**, to **Willo T. Lee** as **General Clerk 2** of the within named agency, to wit: **US Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'4   Weight: 150   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002512

District of Columbia : SS
Subscribed and Sworn to before me
this 30th day of March 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.