UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
WILLIAM G. GIBBONS,                                 :   Index No.: 07 CV 2801

                Plaintiff,               :   (MGC/HBP)

         - against -                                 :
                                                 <u>FRCP RULE 7.1 STATEMENT</u>
LEONARD FRONTON, D.O., STEVEN FEIN, M.D.,   :
STERLING MEDICAL CORPORATION, DEPARTMENT
OF VERTERANS AFFAIRS and THE UNITED STATES   :
OF AMERICA,
                                                 :
                Defendants.
                                                 :
-------------------------------------- x

**SIRS:**

      Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 1.9 of the General Rules of the Southern and Eastern Districts of New York, there are no corporate parents, subsidiaries, affiliates, or shareholders with a 10% interest or greater of defendant STERLING MEDICAL ASSOCIATES s/h/a STERLING MEDICAL CORPORATION.

Dated: New York, New York
       May 10, 2007

                                                      Yours, etc.,

                                     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                     By _____
                                         Michael J. Gudzy (MG-1890)
                                         Attorneys for Defendants
                                         STERLING MEDICAL ASSOCIATES, LEONARD
                                         FRONTON, D.O. and STEVEN FINE, M.D.
                                         150 East 42nd Street
                                         New York, New York 10017-5639
                                         (212) 490-3000
                                         File No.: 00799.00295

2804857.1

TO:   SHERRI L. PLOTKIN, ESQ.
      BARTON BARTON & PLOTKIN LLP
      Attorneys for Plaintiff
      Office & P.O. Box Address
      420 Lexington Avenue
      New York, NY 10170
      (212) 687-6262

      OFFICE OF THE UNITED STATES ATTORNEY
      Eastern District of New York
      Attorneys for defendant UNITED STATES OF AMERICA and DEPARTMENT OF VETERANS AFFAIRS
      147 Pierrepont Street
      Brooklyn, NY  11021