County __N/A__                                    Court __UNITED STATES DISTRICT__
                    State of __New York__

*Affidavit of Service*

__WILLIAM G GIBBONS__
                    Plaintiff

__LEONARD FRONTON DO, STEVEN FEIN MD ETC__
                    Defendant

STATE OF FLORIDA
COUNTY OF PALM BEACH
CITY OF WEST PALM BEACH

__D/S T. Crofton__ of the Sheriff's Office of Palm Beach County, being duly sworn, deposes and says that he is not a part to this action and he is over eighteen years of age; that he is a resident elector of the County of Palm Beach County, State of Florida:
That on __4/26/07__ at __7:54AM__ deponent served the following __SUMMONS & COPY & COPIES OF COMPLAINT, CIVIL COVER SHEET, ARBITRATION CERTIFICATE WITH DISCLOSURE STATEMENT__

on __LEONARD FRONTON MD__ _____ defendant therein named.

__XX PERSONALLY__ by personally delivering to and leaving with said defendant a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above documents.

___ SUBSTITUTE by delivering a true copy thereof to and leaving with _____ a person of suitable age (above the age 15 years) at his usual place of abode, and informing the person of the contents thereof (as defined in F.S. 481.031(1).

___ CORPORATION by delivering to and leaving with _____ of the Corporation at given address.

__XX OTHER/SUPPLEMENTAL INFORMATION:__ __W/M 5'9" GRAY HAIR NOT IN MILITARY SERVICE__

RIC L. BRADSHAW, SHERIFF
PALM BEACH COUNTY, FLORIDA

D/S T. Crofton, #3144
This notary and the sworn Deputy Sheriff are both employed by the Palm Beach County Sheriff's Office

Sworn to before me this __30th__ day of __April__ A.D. 2007
at West Palm Beach, Florida

Sharron Gilbert-Notary Public

SHARRON GILBERT
MY COMMISSION # DD459846
EXPIRES: September 18, 2009
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.