UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| WILLIAM G. GIBBONS, | : | |
| | : | |
| Plaintiff, | : | ECF Case |
| | : | |
| -against- | : | 07 Civ. 2801 (MGC) |
| | : | |
| LEONARD FRONTON, D.O., STEVEN FEIN, | : | |
| M.D., STERLING MEDICAL CORPORATION, | : | |
| DEPARTMENT OF VETERANS AFFAIRS, | : | **NOTICE OF MOTION** |
| and THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that upon the Declarations of Larry Joseph Brinkman, Stacey L. Mallot, Allison D. Penn, and all exhibits attached thereto; the Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P 12(b)(1) and 12(b)(6); and upon all the pleadings heretofore filed in this action, Defendants the United States of America and the Department of Veterans Affairs, by their attorney, Allison D. Penn, United States Attorney for the Southern District of New York, will move this Court on **Thursday, August 16, 2007**, at **9:30 a.m.**, before the Honorable Miriam Goldman Cederbaum for an order dismissing the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Pursuant to this Court's Individual Rules, any opposition papers to the Motion must be received by all parties no later than **12:00 p.m.** on **Wednesday, August 8, 2007**. Reply papers must be received by all parties no later than **12:00 p.m.** on **Tuesday, August 14, 2007.**

Dated: New York, New York
       July 19, 2007

                                     MICHAEL J. GARCIA
                                     United States Attorney for the
                                     Southern District of New York
                                     Attorney for Defendants

By: _____
      ALLISON D. PENN (AP-3787)
      Assistant United States Attorney
      Telephone: (212) 637-2725
      Fax: (212) 637-2702

To:    <u>By Federal Express</u>
        Sherri L. Plotkin, Esq.
        Barton, Barton & Plotkin, LLP
        Attorneys for Plaintiff
        420 Lexington Avenue
        New York, N.Y. 10170

        Michael J. Gudzy, Esq.
        Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
        Attorneys for Defendants Sterling Medical Associates,
        Leonard Fronton, D.O. and Steven Fine, M.D.
        150 East 42nd Street
        New York, N.Y. 10017-5639