# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-02801-MGC

Gibbons v. Fronton et al  
Assigned to: Judge Miriam Goldman Cedarbaum  
Case in other court: USDC-EDNY, 07-00682  
Cause: 28:1391 Personal Injury  

Date Filed: 04/06/2007  
Jury Demand: None  
Nature of Suit: 362 Personal Inj. Med. Malpractice  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

**William G. Gibbons**　　　　represented by **Sherri L. Plotkin**  
　　　　Barton Barton & Plotkin  
　　　　420 Lexington Avenue  
　　　　New York, NY 10170  
　　　　212-687-6262  
　　　　Fax: 212-697-3043  
　　　　Email: splotkin@bartonesq.com  
　　　　*LEAD ATTORNEY*  
　　　　*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**D.O. Leonard Fronton**　　　　represented by **Michael Joseph Gudzy**  
　　　　Wilson Elser Moskowitz Edelman & Dicker LLP  
　　　　150 East 42nd Street  
　　　　New York, NY 10017  
　　　　(212)-490-3000  
　　　　Fax: (212)-490-3038  
　　　　Email: gudzym@wemed.com  
　　　　*LEAD ATTORNEY*  
　　　　*ATTORNEY TO BE NOTICED*  

**Defendant**

**M.D. Steven Fein**　　　　represented by **Michael Joseph Gudzy**  
　　　　(See above for address)  
　　　　*LEAD ATTORNEY*  
　　　　*ATTORNEY TO BE NOTICED*  

**Defendant**

**Sterling Medical Corporation**　　　　represented by **Michael Joseph Gudzy**  
　　　　(See above for address)  
　　　　*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Department of Veterans Affairs**

**Defendant**

**The United States of America**     represented by **Gail A. Matthews**
United States Attorneys Office
One Pierrepont Plaza
14th Floor
Brooklyn, NY 11201
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2007 | 1 | CASE TRANSFERRED IN from the United States District Court - Eastern District of New York (Brooklyn); Case Number: 07cv682. Original file with documents numbered 1and4 , certified copy of transfer order and docket entries received.Document filed by William G. Gibbons.(jpo) (Entered: 04/09/2007) |
| 04/06/2007 | | Magistrate Judge Henry B. Pitman is so designated. (jpo) (Entered: 04/09/2007) |
| 04/06/2007 | | Case Designated ECF. (jpo) (Entered: 04/09/2007) |
| 04/06/2007 | | Mailed letter to the United States District Court - Eastern District of New York acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (jpo) (Entered: 04/09/2007) |
| 04/06/2007 | | Mailed notice to the attorney(s) of record. (jpo) (Entered: 04/09/2007) |
| 04/30/2007 | 2 | AFFIDAVIT OF SERVICE. Service was accepted by Willo T. Lee. Document filed by William G. Gibbons. (Plotkin, Sherri) (Entered: 04/30/2007) |
| 04/30/2007 | 3 | AFFIDAVIT OF SERVICE. Service was accepted by Sandra Hursey. Document filed by William G. Gibbons. (Plotkin, Sherri) (Entered: 04/30/2007) |
| 05/10/2007 | 4 | ANSWER to Complaint. Document filed by Leonard Fronton, Steven Fein, Sterling Medical Corporation.(Gudzy, Michael) (Entered: 05/10/2007) |
| 05/10/2007 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Leonard Fronton, Steven Fein, Sterling Medical Corporation.(Gudzy, Michael) (Entered: 05/10/2007) |
| 05/16/2007 | 6 | AFFIDAVIT OF SERVICE. Service was accepted by Leonard Fronton. Document filed by William G. Gibbons. (Plotkin, Sherri) (Entered: 05/16/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/18/2007 12:02:28 | | | |
| PACER Login: | us1581 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-02801-MGC |
| Billable Pages: | 1 | Cost: | 0.08 |