CERTIFICATE OF SERVICE

      I, Allison Penn, Assistant United States Attorney for the Southern District of New York, hereby certify that on July 19, 2007, I caused a copy of the foregoing Notice of Motion, Memorandum of Law in Support of Defendants' Motion to Dismiss, Declaration of Stacey L. Malott, Declaration of Larry Joseph Brinkman, and Declaration of Allison D. Penn, with attached exhibits, to be served by Federal Express mail, upon the following:

    Sherri L. Plotkin, Esq.
    Barton, Barton & Plotkin, LLP
    Attorneys for Plaintiff
    420 Lexington Avenue
    New York, N.Y. 10170

    Michael J. Gudzy, Esq.
    Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
    Attorneys for Defendants Sterling Medical Associates,
    Leonard Fronton, D.O. and Steven Fine, M.D.
    150 East 42nd Street
    New York, N.Y. 10017-5639

Dated: New York, New York
         July 19, 2007

                                          ALLISON D. PENN (AP-3787)
                                          Assistant United States Attorney