UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILLIAM G. GIBBONS,                          :   Index No.: 07 CV 2801

                        Plaintiff,          :   (MGC/HBP)

          - against -                          :

LEONARD FRONTON, D.O., STEVEN FEIN, M.D.,    :   **AFFIRMATION IN
STERLING MEDICAL CORPORATION, DEPARTMENT         OPPOSITION**
OF VETERANS AFFAIRS and THE UNITED STATES OF:
AMERICA,

                               :

                    Defendants.         :

                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Michael J. Gudzy, an attorney duly licensed to practice law in the State of New York,

hereby affirms the following to be true, under penalty of perjury and pursuant to 28 U.S.C.

§1746:

      1.     I am associated with the law firm of WILSON, ELSER, MOSKOWITZ,

EDELMAN & DICKER LLP, attorneys of record for defendants STERLING MEDICAL

ASSOCIATES (s/h/a STERLING MEDICAL CORPORATION), LEONARD FRONTON, D.O.

and STEVEN FINE, M.D. (s/h/a STEVEN FEIN, M.D.)  As such, I am fully familiar with the

facts and circumstances surrounding this action.

      2.     We are in receipt of the declaration of Allison D. Penn, Esq., in support of the

motion to dismiss by co-defendant DEPARTMENT OF VETERANS AFFAIRS ("VA") and

UNITED STATES OF AMERICA.  This affirmation is respectfully submitted in opposition.

      3.     This is an action for medical malpractice arising out of plaintiff's treatment at a

VA clinic in Deerfield Beach, Florida.  (Penn Declaration, Exhibits "A" and "B").  The plaintiff

was seen at the clinic multiple times between November 21, 2001 and September 9, 2004. (Penn Declaration, Exhibit "B", ¶32.)  Plaintiff alleges that the physicians at the clinic failed to diagnose his prostate cancer.  Id.

4.      Co-defendants request dismissal on the grounds that the VA clinic was operated by STERLING MEDICAL ASSOCIATES; that DR. FINE and DR. FRONTON were employees of STERLING; that STERLING was an independent contractor; and that the Federal Tort Claims Act bars any vicarious liability claims against the government when the alleged negligence was by an independent contractor.

5.      The plaintiff's medical records, however, show that he was repeatedly seen by specialists at other facilities in the VA system.  (A copy of the records of STERLING MEDICAL ASSOCIATES is attached as Exhibit "A").  These records also show that blood samples were sent to outside labs to test for prostate cancer. (Exhibit "A").

6.      Co-defendant concedes that the UNITED STATES OF AMERICA, through the VA, would be liable for negligence "of any employee of the Government while acting within the scope of his office or employment." 26 U.S.C. §1346(b).  The UNITED STATES also concedes that it would be liable if it exercised a sufficient degree of control over the physical performance of the work or the day-to-day operations of the facility.  B&A Marine Co. v. American Foreign Shipping Co.. 23 F.3d 709 (2nd Cir. 1994).

7.      This case has just been commenced and no discovery has yet taken place.  We do not know whether the specialists were VA employees; whether the outside labs were run directly by the VA; whether the technicians in the labs were VA employees; or whether there is other evidence of direct involvement by the VA.  We do not know if discovery will show that the specialists should have made further inquiries into plaintiff's health, or if the labs misread the

PSA (prostate-specific antigen) tests.  Since there has been no opportunity to explore these issues, co-defendant's motion should be denied as premature.

8.      When considering a motion to dismiss pursuant to Fed.R.Civ.P. Rule 12(b)(6), the Court must accept the factual allegations of the complaint as true and must draw all reasonable inferences in favor of the plaintiff.  Bernheim v. Litt, 79 F.3d 318, 321 (2nd Cir. 1996).  A complaint may not be dismissed under Rule 12(b)(6) unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.  Id. (Internal citations omitted).  It is premature to dismiss a case where substantial discovery is required.  Streit v. Bushnell, 424 F.Supp. 633 (S.D.N.Y. 2006); Conrac Corp. v. American Telephone & Telegraph Co., 546 F.Supp. 429 (S.D.N.Y. 1982).

9.      In light of the possibility of direct claims against the United States, and the lack of any discovery on the issue, it is respectfully requested that co-defendants' motion be denied.

10.      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  New York, New York
         August 6, 2007

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By _____
     Michael J. Gudzy (MG-1890)
     Attorneys for Defendants
     STERLING MEDICAL ASSOCIATES, LEONARD
     FRONTON, D.O. and STEVEN FINE, M.D.
     150 East 42nd Street
     New York, New York 10017-5639
     (212) 490-3000
     File No.: 00799.00295

- 3 -

2900342.1

TO:  SHERRI L. PLOTKIN, ESQ.
     BARTON BARTON & PLOTKIN LLP
     Attorneys for Plaintiff
     Office & P.O. Box Address
     420 Lexington Avenue
     New York, NY 10170
     (212) 687-6262

     OFFICE OF THE UNITED STATES ATTORNEY
     SOUTHERN DISTRICT OF NEW YORK
     Attorneys for defendants DEPARTMENT OF VETERANS AFFAIRS
     and the UNITED STATES OF AMERICA
     86 Chambers Street, 4th Floor
     New York, NY 10007
     (212) 637-2725
     ATTN: ALLISON D. PENN, ESQ.

**Exhibit A**

```
                          Patient Inquiry

GIBBONS,WILLIAM G   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                    Jan 30, 1948 (59)
=======================================================================
*** WORK COPY ONLY ***                    Printed: Feb 28, 2007  14:18


=======================================================================
             COORDINATING MASTER OF RECORD: MIAMI VAMC
  Address: 194 GARTH ROAD            Temporary: NO TEMPORARY ADDRESS
           APT.#4I
           SCARSDALE,NY 10583
   County: UNSPECIFIED               From/To: NOT APPLICABLE
    Phone: (914)713-4940               Phone: NOT APPLICABLE
   Office: UNSPECIFIED
     Cell: UNSPECIFIED
   E-mail: UNSPECIFIED
 Bad Addr:

  Confidential Address:              Confidential Address Categories:
         NO CONFIDENTIAL ADDRESS
  From/To: NOT APPLICABLE

   Combat Vet Status: NOT ELIGIBLE
 Primary Eligibility: NSC (VERIFIED)
 Other Eligibilities:
         Unemployable: NO
 Means Test Signed?: YES

 Patient's status is MT COPAY EXEMPT based on primary means test
 Veteran is eligible and provision of hospital care is mandatory
 Primary Means Test Last Applied 'JUN 24,2006' (COMPLETED: JUN 24,2006)
 Medication Copayment Exemption Status: NON-EXEMPT
 Patient's income is greater than Copay Income Threshold
 Last Rx Copay Exemption date: JUN 24, 2006

 Status     : PATIENT HAS NO INPATIENT OR LODGER ACTIVITY IN THE COMPUTER

 Future Appointments: NONE

 Remarks:

 Date of Death Information
     Date of Death:
     Source of Notification:
     Updated Date/Time:
     Last Edited By:

 Emergency Contact Information:
     E-Cont.: GIBBONS,CHRISTINA
 Relationship: DAUGHTER
               101 BRINY AVE
               APT #1207
               POMPANO BEACH, FL  33062
       Phone: 954-942-8268
  Work Phone: UNSPECIFIED


 ----------------------------------------------------------------------
 Page 1
```

                         Patient Inquiry

GIBBONS,WILLIAM G   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                    Jan 30, 1948 (59)
========================================================================
*** WORK COPY ONLY ***                    Printed: Feb 28, 2007  14:18


Health Insurance Information:
   Insurance   COB Subscriber ID      Group      Holder  Effective  Expires
   ======================================================================
   HORIZON ME      130363209                      SELF    06/01/02   06/01/02
   CHOICE-NET      130363209          7314        SELF    06/01/02   05/31/03
   UNITED HEA      130363209          82075       SELF    06/01/03


Service Connection/Rated Disabilities:

  Service Connected: NO
 Rated Disabilities: NONE STATED

Next of Kin Information:
Name:  GIBBONS,JANIS (DAUGHTER)
       101 BRINY AVE
       APT #1207
       POMPANO BEACH, FLORIDA  33062

       Phone number:  (914)713-4940




----------------------------------------------------------------------
End of report

```
--------------Report from: DEERFIELD BEACH CBOC----Station #546GH-------------
Medical Record                    |    PROBLEM LIST                    Page: 1
-----------------------------------------------------------------------------
```

|  | Date Recorded | Problems | Date of Onset | Date Resolved |
|---|---|---|---|---|
| 1. | 9/10/02 | $ RECTAL    ANAL HEMORRHAGE (569.3) | | |
| 2. | 11/21/01 | BASAL CELL CA ON LT BACK (799.9) | | |

$ = Requires verification by provider

```
-----------------------------------------------------------------------------
GIBBONS,WILLIAM G                      VAMC                 Printed:2/28/07 14:13
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                       Pt Loc: OUTPATIENT            VA FORM 10-1415
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                               Progress Notes
------------------------------------------------------------------------
```

NOTE DATED: 11/21/2001 08:53
LOCAL TITLE: GENERAL NOTE
STANDARD TITLE: INTERNAL MEDICINE NOTE
VISIT: 11/21/2001 10:00 DEERFIELD BEACH ALSTON
HISTORY & PHYSICAL

CC:  Mr. William Gibbons is a 52-year-old gentleman, pleasant, who comes
to the Deerfield Beach VA Clinic for evaluation and care.

HPI:  The patient has had basal cell carcinoma of his skin before with
removal.  He states that the one on his left posterior back, over his
shoulder blade, appears to have reappeared over the site of removal.  He
wishes to have this evaluated and possibly referred to dermatology for
removal.

PMH:
1.  Basal cell cancer in the past on multiple areas of the body with
removal.

FAMHX: Negative for cancer, diabetes or heart disease.  He has four
children.

SOCHX: Does not smoke.  Drinks maybe 5 drinks a week at most.

OCCHX: Works as a MRI tech.

        Allergies and Adverse Reactions in VistA -
NKA.

MEDICATIONS: None.

        Immunizations in VistA -

        ROS -
General:  Denies weight change, fever, chills, night sweats, or fatigue.
HEENT: Denies headaches, visual change, tinnitus, hearing loss, sore
throat, or hoarseness.
Neck: Denies masses, swelling, stiffness, limitations in range of motion,
or pain.
Cardio: No chest pain, no palpitations, no lower extremity edema.
Resp: No shortness of breath at rest or activity.
GI: No epigastric discomfort, no melena, no bowel pattern abnormality.
GU: No dysuria, no hematuria.
Musc/Skel: Full range of motion, no joint pain or arthritis.
Skin: Denies rash, mass or mole change.
Neuro: No unilateral motor or sensory loss, no central cognition issues.
The patient is alert and active.
Psych: Anxiety and depression; the patient shows no signs of anxiety, no
signs of depression or suicidal behavior patterns.
Endocrine: No signs of diabetes, no signs of hypothyroidism, no
                ** THIS NOTE CONTINUED ON NEXT PAGE **

```
------------------------------------------------------------------------
GIBBONS,WILLIAM G              MIAMI VAMC            Printed:02/28/2007 14:11
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 DOB:01/30/1948    Pt Loc: OUTPATIENT              Vice SF 509
------------------------------------------------------------------------
```

------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
------------------------------------------------------------------------
11/21/2001 08:53      ** CONTINUED FROM PREVIOUS PAGE **

polydipsia, no polyphagia associated with diabetes and no signs of loss of
hair, thinning of hair, thickness of skin with hypothyroidism.
Hem/Lymph: Denies easy bruising or bleeding disorder.
Allergy/Immuno: Denies allergies or frequent infections.


       Physical Exam -  Vital Signs

Reveals a 52-year-old male, weight  200 lbs., height 67", blood pressure
120/90, temperature 98, respiratory rate 18, heart rate 68 regular.  Pain
scale 0 out of 10.
Visual acuity: O.D. 20/40, O.S. 20/15, O.U. 20/15.
General Appearance: No cyanosis, no pallor, no jaundice, no edema,
apyrexic.
HEENT: PERRLA, EOMI, no icterus.  Neck is supple, no JVD, no carotid bruit
or thyromegaly.
Respiratory: Breath sounds are clear, no rales or rhonchi.
Cardiac: Heart sounds S1/S2, no murmur, regular rate and rhythm.
Chest (Breasts): Symmetrical.
Gastrointestinal: Soft, positive bowel sounds, no organomegaly.
Rectal: Deferred.
Genitourinary: Deferred.
Lymphatic: Negative lymphatic survey.
Musculoskeletal: Full range of motion.
Skin:  Examination of the left upper back, over the scapula, reveals an
area of basal cell removal with reactivation of the basal cell at the site
of removal.
Neurologic: Intact.
Motor sensory: Bilateral symmetrical, cranial nerves II-XII intact. Deep
tendon reflexes are brisk and firm.  Babinski is not present.
Psychiatric/MH: Pleasant and cooperative. Maintains eye contact. Memory
intact for immediate, recent, and remote events. Logical thought
processes. Coherent and responsive throughout exam.


Assessment/Plan:
1.      Basal cancer at the site of past removal over the left scapula.
The patient will be referred to dermatology for removal.
2.      Well care issues.  PSA, TFT, CBC W/DIFF, SMAC-12, UA, and guaiac
stool cards x 3 have been ordered.  See back in 1 month for recheck of the
basal cell cancer.  The patient declines a Pneumovax and flu vaccine
presently.

              Signed by: /es/ Steven S Fine, MD
                         Deerfield Beach CBOC Provider
                         11/23/2001 09:01


------------------------------------------------------------------------
GIBBONS,WILLIAM G              MIAMI VAMC            Printed:02/28/2007 14:11
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 DOB:01/30/1948   Pt Loc: OUTPATIENT             Vice SF 509
------------------------------------------------------------------------

```
-----------------------------------------------------------------------
-----------------------------------------------                    Progress Notes
MEDICAL RECORD
-----------------------------------------------------------------------
NOTE DATED: 11/21/2001 10:28
LOCAL TITLE: NURSING NOTE
STANDARD TITLE: NURSING NOTE
VISIT: 11/21/2001 10:00 DEERFIELD BEACH ALSTON
53 y/o male here to get established with clinic has questions about skin
cancer. EKG performed as per Dr Fine.

CLINICAL REMINDER ACTIVITY
  Advanced Directives Education:
    Patient received oral and written information about advanced
        directives this visit, information included number of person to
        call if they would like to initate an advanced directive.
    Level of Understanding: Good
  Alcohol Use Screen:
    CAGE an ALCOHOL SCREENING INSTRUMENT
      An alcohol screening test (CAGE) was negative (score=0).

        1. Have you ever felt you should cut down on your drinking? No

        2. Have people annoyed you by criticizing your drinking? No

        3. Have you ever felt bad or guilty about your drinking? No

        4. Have you ever had a drink first thing in the morning to
        steady your nerves or to get rid of a hangover (an eye opener)?
        No
  DEPRESSION/MDD SCREEN:
    During the past month, have you often been bothered by feeling down,
        depressed or hopeless ?
    NO
    During the past month, have you often been bothered by little interest
        of pleasure in doing things ?
    NO
    Patient was screened using the PRIME-MD 2 question Depression screen.
        Both questions were answered NO resulting in a negative/normal
        screening.
  Fecal Occult Blood Test:
    Patient was given FOBT cards x3 with instructions for their use and
        where to return them when completed.
  FUNCTIONAL/PHYSICAL ACTIVITY SCREEN:
    DO YOU OFTEN ASK PEOPLE TO REPEAT WHAT THEY ARE SAYING OR DO PEOPLE
        COMPLAIN YOU HAVE THE TV/RADIO TOO LOUD ?
    DO YOU HAVE PROBLEMS READING ?
    Follow up by provider for the above positive screens.
  Hepatitis C Risk Assessment:
    Patient had no risk factors for hep c.
  Hypertension Education:
    Patient had hypertension education at this encounter.
    Level of Understanding: Good
  Influenza Immunization:
                        ** THIS NOTE CONTINUED ON NEXT PAGE **
-----------------------------------------------------------------------
-----------------------------------------------
GIBBONS,WILLIAM G              MIAMI VAMC              Printed:02/28/2007 14:16
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 DOB:01/30/1948    Pt Loc: OUTPATIENT                    Vice SF 509
-----------------------------------------------------------------------
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                            Progress Notes
------------------------------------------------------------------------
```

11/21/2001 10:28     ** CONTINUED FROM PREVIOUS PAGE **

   Patient DECLINED to have the  influenza immunization at this visit.
  NUTRITIONAL SCREENING/EDUCATION:
    Patient has BMI>27. Patient encouraged to attend Weight Management
       program.
    Patient refuses to be seen by Nutrition for counseling and education
       related to findings of this screen. Patient verbalizes
       understanding of potential problems arising from this refusal.
    Healthy living brochure, which includes information on guidelines for
       healthy nutrition, importance of regular activity/exercise, and
       Weight Management class was given and discussed with the patient.
       Patient verbalized understanding of information.
  PATIENT EDUCATION:
    Patient had the following needs/barriers identified:
     Comment: NO BARRIERS/NEEDS IDENTIFIED
    The following people were taught:
     Comment: PATIENT
    The following actions/teaching methods were initiated as a result of
       the assessment of special needs or learning barriers;
     Comment: VERBAL INSTRUCTIONS, WRITTEN INSTRUCTIONS
    The following patient education was provided in ways understandable to
       the patient. Patient and/or family encourged to participate in
       care and care decisions and encouraged to ask questions if they do
       not understand any information given. Information given and
       topics covered are:
     Comment: PREVENTIVE HEALTH, ADVANCED DIRECTIVES, PATIENT SAFETY
    The following handouts were given to the patient:
     Comment: veteran's role advance directives
    Patients level of understanding was assessed by having patient:
     Comment: ANSWER QUESTIONS, ASK PROVIDER QUESTIONS
     Level of Understanding: Good
    The education followup plan includes:
     Comment: PATIENT TO CALL WITH QUESTIONS
  Preventive Health Counseling:
    Patient had preventative health counseling at this encounter.
     Level of Understanding: Good
    Patient was given Healthy Living Pamphlet.
  Tobacco Use Screen:
    Patient is a lifetime non-tobacco user.

                  Signed by: /es/ TAMYAHA A BLUE
                             medical assistant
                             11/21/2001 10:34

```
------------------------------------------------------------------------
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                           Progress Notes
------------------------------------------------------------------------
```

NOTE DATED: 03/26/2002 14:27
LOCAL TITLE: TELEPHONE CONTACT NOTE (GENERAL)
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 03/26/2002 14:27 DEERFIELD BEACH FRONTON
PT CALLED STATING HE HAS A SORE THROAT UNABLE TO SWALLOW,LEFT EAR ACHES
AND FEELS LIKE THERE IS FLUID IN IT,C/O COUGH,THROAT PAIN,BRING UP GREEN
PHELGM.PT VOICED NO CHILLS,FEVER OR CHEST PAIN.MD AWARE.PT ORDERED
AMOXICILLIN 500MG,LOTS OF FLUIDS,REST,TYLENOL EXTRA STRENGTH 500MG 2TABS
Q4-6HRS PRN.PT VOICED UNDERSTANDING AND WILL BE COMING INTO CLINIC TO PICK
UP A TEN DAY SUPPLY OF AMOXICILLIN.

                    Signed by: /es/ LINDA BHIM
                               LPN
                               03/26/2002 14:33

```
------------------------------------------------------------------------
GIBBONS,WILLIAM G              MIAMI VAMC           Printed:02/28/2007 14:11
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 DOB:01/30/1948   Pt Loc: OUTPATIENT              Vice SF 509
------------------------------------------------------------------------
```

```
-----------------------------------------------------------------------
MEDICAL RECORD                                            Progress Notes
-----------------------------------------------------------------------
```

NOTE DATED: 09/10/2002 10:55
LOCAL TITLE: T--PC FOLLOW-UP
STANDARD TITLE: PRIMARY CARE NOTE
VISIT: 09/10/2002 10:30 DEERFIELD BEACH FRONTON
PC FOLLOW-UP

GIBBONS,WILLIAM G is a 54 yo MALE,RACE UNKNOWN

Follow-Up Patient Visit:  Name:  Gibbons, William       September 10, 2002
3209

REASON FOR CONTACT:   This gentleman was seen here once before on November
21, 2001 by Dr. Steven Fein, and has had no reason to return until now.
He comes in today with complaint of noticing some rectal bleeding on his
tissue yesterday, wiping himself following a bowel movement, and then a
little bit again later on.  He has had external hemorrhoids for years, but
never had any bleeding previously.  There are no changes in his bowel
habits, his appetite is good, and his weight is stable.  He has no family
history of colon cancer either.  He is currently on no prescription
medications.

VITAL SIGNS:  W  213   H 5'7"   BP 130/90   P 64   R 18   T 98.8 (orally)
PN 0

ALLERGIES:  NKA.

PHYSICAL EXAMINATION:
General:  The patient is a 54-year-old adult white male, overweight, in no
acute distress.
NECK:  No carotid bruits and no JVD.
HEART:  NS, R&R at 64 per minute, without murmurs, arrhythmias or ectopy.
LUNGS:  Clear and well ventilated without any adventitious sounds.
ABDOMEN:  Benign.  No masses.  Normal bowel sounds are heard on
auscultation.
LOWER EXTREMITIES:   No pretibial, foot or ankle edema on either side.
RECTAL:  Some small external hemorrhoids.  Internal rectal reveals no
internal hemorrhoids and no other rectal masses.  Normal size prostate.
No blood whatsoever on the gloved finger.

ASSESSMENT:
1.     Rectal bleeding, probably benign, secondary to small hemorrhoids,
yesterday.  Very minute amount.

TREATMENT PLAN:
1.     I am going to get some basic fasting labs, as follows:  CBC, CMP
14, FLP, TSH, and PSA.  He will also be given three heme occult slides to
test for occult blood.
2.     I encouraged him to get a colonoscopy for complete evaluation, but
he is a little reluctant, at least at this point.
3.     Return here as needed.
              ** THIS NOTE CONTINUED ON NEXT PAGE **

```
-----------------------------------------------------------------------
GIBBONS,WILLIAM G                MIAMI VAMC           Printed:02/28/2007 14:11
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 DOB:01/30/1948   Pt Loc: OUTPATIENT            Vice SF 509
-----------------------------------------------------------------------
```

------------------------------------------------------------
ᴍEDICAL RECORD                                              Progress Notes
------------------------------------------------------------

)9/10/2002 10:55      ** CONTINUED FROM PREVIOUS PAGE **

}.      When I have the results, I will discuss them with him.


ᴍedi: 96
Γ: 09/10/2002
JN:  25085


                    Signed by: /es/ Leonard Fronton, DO
                               Deerfield Beach CBOC Physician
                               09/11/2002 15:51


------------------------------------------------------------
------------------------------------------------------------

```
---------------------------------------------------------------------
MEDICAL RECORD                                           Progress Notes
---------------------------------------------------------------------
NOTE DATED: 09/10/2002 10:24
LOCAL TITLE: NURSING NOTE
STANDARD TITLE: NURSING NOTE
VISIT: 09/10/2002 10:30 DEERFIELD BEACH FRONTON
PT HERE TODAY FOR EVALUATION OF PREVIOUS DIAGNOSIS

CLINICAL REMINDER ACTIVITY
  Hypertension Education:
    Patient had hypertension education at this encounter.
      Level of Understanding: Good
  MST Screening:
    Patient denies experiencing MST in the past.
  PATIENT EDUCATION:
    Patient had the following needs/barriers identified:
      Comment: NO BARRIERS/NEEDS IDENTIFIED
    The following people were taught:
      Comment: PATIENT
    The following actions/teaching methods were initiated as a result of
      the assessment of special needs or learning barriers;
      Comment: VERBAL INSTRUCTIONS, WRITTEN INSTRUCTIONS
    The following patient education was provided in ways understandable to
      the patient. Patient and/or family encourged to participate in
      care and care decisions and encouraged to ask questions if they do
      not underestand any information given. Information given and
      topics covered are:
      Comment: MEDICATIONS, DIET AND NUTRITION, FOLLOW UP CARE, PATIENT
        RESPONSIBILITY, OTHER, PREVENTIVE HEALTH, ADVANCED DIRECTIVES,
        PATIENT SAFETY, UNIT/CLINIC ORIENTATION
    The following handouts were given to the patient:
      Comment: VET ROLE IN SAFE CARE, RIGHTS AND RESPONSIBILITIES, HEALTHY
        LIVING HANDOUT, ADVANCED DIRECTIVES INFO
    Patients level of understanding was assessed by having patient:
      Comment: ANSWER QUESTIONS, ASK PROVIDER QUESTIONS
      Level of Understanding: Good
    The education followup plan includes:
      Comment: CONTINUE EDUCATION NEXT VISIT, GIVEN UNIT/CLINIC PHONE #
  PTSD Screen:
    Patient screened normal on the PTSD Screen.
  Preventive Health Counseling:
    Patient had preventative health counseling at this encounter.
      Level of Understanding: Good
  Prostate CA Screen Edu:
    Patient received oral and written information about prostate cancer
      screening this visit. Risk and benefits of prostate cancer
      screening were discussed with patient. Patient was provided an
      opportunity to ask questions and discuss information. Patient
      instructed to discuss PSA testing with provider, if he would like
      test done.
```

** THIS NOTE CONTINUED ON NEXT PAGE **

```
---------------------------------------------------------------------
GIBBONS,WILLIAM G              MIAMI VAMC          Printed:02/28/2007 14:16
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 DOB:01/30/1948  Pt Loc: OUTPATIENT              Vice SF 509
---------------------------------------------------------------------
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MEDICAL RECORD                                            Progress Notes
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
09/10/2002 10:24      ** CONTINUED FROM PREVIOUS PAGE **

              Signed by: /es/ DONNA M PIXLEY
                             LPN
                             09/10/2002 10:26
```

```
--------------------------------------------------------------------------
MEDICAL RECORD                                                Progress Notes
--------------------------------------------------------------------------
NOTE DATED: 09/10/2002 10:56
LOCAL TITLE: PRIMARY CARE CLINIC NOTE
STANDARD TITLE: PRIMARY CARE OUTPATIENT NOTE
VISIT: 09/10/2002 10:30 DEERFIELD BEACH FRONTON
CLINICAL REMINDER ACTIVITY
  Cholesterol Screen (Male):
    CHOLESTEROL ordered for this patient at this visit.
    LIPID PROFILE ordered for this patient this visit.Patient advised to
        follow low fat and low cholesterol diet, increase physical
        activity and control weight to manage her/his cholesterol.
  Fecal Occult Blood Test:
    Fecal occult blood test was ordered for this patient this visit .
  Tetanus Diphtheria (TD-Adult):
    Patient DECLINES tetanus diphtheria immunization

                    Signed by: /es/ Leonard Fronton, DO
                               Deerfield Beach CBOC Physician
                               09/10/2002 10:56
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MEDICAL RECORD                                                Progress Notes
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
NOTE DATED: 01/09/2003 10:55
LOCAL TITLE: OAKPK DERMATOLOGY NOTE
STANDARD TITLE: DERMATOLOGY OUTPATIENT NOTE
VISIT: 01/09/2003 11:15 ZZZ DERM-FOLLOW UP-DR
54 yo wm f/u exam for actinic damage. old record not available. He was seen
about 1 year ago and had some aks treated on his scalp. He also has a past
hx of a bcc on his back. He has not noted any suspicious lesions.

Exam: two 4-5mm red rough keratoses crown.

Imp: Aks

Plan: LN2 cryo to 2 sites. sunscreens. rec f/u 12 months.

                    Signed by: /es/ ROBERT A SNYDER
                                     M. D.
                               01/09/2003 11:01
```

---
MEDICAL RECORD                                          Progress Notes
---

NOTE DATED: 10/01/2003 10:35
LOCAL TITLE: T--PC FOLLOW-UP
STANDARD TITLE: PRIMARY CARE NOTE
VISIT: 10/01/2003 10:30 DEERFIELD BEACH FRONTON
PC FOLLOW-UP

GIBBONS,WILLIAM G is a 55 yo MALE,RACE UNKNOWN

GIBBONS, WILLIAM
3209
10/01/2003


REASON FOR CONTACT:     This gentleman was requested by the VA to come back as
he has not been here now in more than a year.  This basically is his annual
follow up.  He feels and looks well offers no complaints and is still on no
prescription medications.  The only insurance he has is through the VA so I am
the only primary care physician that he has seen.  He would like his blood
reevaluated, which we will do another digital rectal exam to recheck his
prostate, as his PSA were running between maybe 5.5 and 7.1 on three different
readings about a year to a year and a half ago.  His brother has normal PSAs
.4.  Only one uncle had carcinoma of the prostate.

ALLERGIES:  None.

PHYSICAL EXAMINATION:
General:  The patient is a 55-year-old obese adult white male currently in no
acute distress.

VITAL SIGNS:
WT        210 pounds
HT        5 feet 8 inches
BP        110/90
P         72
R         18
T         97.7
PN        0

NECK:  Reveals no JVD, no carotid bruits.
HEART:  NS, R&R at 72 per minute without any murmurs, arrhythmias, or ectopy.
LUNGS:  Clear and well ventilated without any adventitious sounds.
ABDOMEN:   Benign.
LOWER EXTREMITIES:  No pretibial foot or ankle edema on either side.
RECTAL:  Exam reveals some small external hemorrhoids.  Internal rectal reveals
no internal hemorrhoids or any other rectal masses.  Prostate is minimally
enlarged, but soft to touch, normal consistence, no lesions, no stony hard
areas at all.

IMPRESSION:
1.      Normal digital rectal exam with minimal prostate hypertrophy.
              ** THIS NOTE CONTINUED ON NEXT PAGE **
---
---

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
-------------------------------------------------------------------------------
```

10/01/2003 10:35     ** CONTINUED FROM PREVIOUS PAGE **

2.       Exogenous obesity.

TREATMENT PLAN:
1.        No medications are needed.
2.        The following fasting labs are being performed this morning:  CBC with
differential, CMP 14, FLP, and PSA.
3.        Return to see me again in one year.
4.        If his PSAs are elevated at 7 or above again, I will give him a
referral to urology for them to evaluate him and see if they feel a prostate
biopsy is indicated.  Probably not.

There were no education barriers noted.

Health maintenance, diet and exercise, along with other healthy living habits
were reviewed with the patient and he verbalized understanding.

Medication instructions were reviewed with the patient regarding what they are
being taken for, how to take them, and possible side effects with appropriate
action to take.  The patient was instructed to call the clinic with any adverse
side effects.


Leonard Fronton, DO/smp
Deerfield Beach CBOC Physician

                    Signed by: /es/ Leonard Fronton, DO
                               Deerfield Beach CBOC Physician
                               10/06/2003 13:01
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                             Progress Notes
------------------------------------------------------------------------
NOTE DATED: 12/04/2003 11:03
LOCAL TITLE: OAKPK DERMATOLOGY NOTE
STANDARD TITLE: DERMATOLOGY OUTPATIENT NOTE
VISIT: 12/04/2003 10:45 ZZZ DERM-FOLLOW UP-DR
f/u actinic damage. Hx bccs and Aks. c/o rough lesions scalp.

Exam 6mm red rough keratosis left mid scalp.

Imp: Ak

Plan: LN2 cryo. f/u 3 months.

                    Signed by: /es/ ROBERT A SNYDER
                               M. D.
                               12/04/2003 11:05
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
------------------------------------------------------------------------
NOTE DATED: 03/04/2004 09:34
LOCAL TITLE: OAKPK DERMATOLOGY NOTE
STANDARD TITLE: DERMATOLOGY OUTPATIENT NOTE
VISIT: 03/04/2004 10:45 ZZZ DERM-FOLLOW UP-DR
f/u actinic damage. Hx of aks. without complaints.

Exam: 5 mm red rough keratosis crown

Imp: Ak

Plan: LN2 cryo . sunscreens, hat. f/u 6 months

                    Signed by: /es/ ROBERT A SNYDER
                               M. D.
                               03/04/2004 09:35
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
------------------------------------------------------------------------
NOTE DATED: 08/05/2004 14:35
LOCAL TITLE: TELEPHONE CONTACT NOTE (GENERAL)
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 08/05/2004 14:35 DEERFIELD BCH NURSE
Pt is a 56 year old male who called complaining of blood in his urine.  Pt
states that he has seen speckles of blood in his urine every time he has
urinated in the last 24 hours.  Pt denies any burning or frequency to go, but
that he has an itchy feeling.  Per Dr. Fronton, pt is to come in and urinate in
a cup.  Once the results are in, pt will be contacted.  Provider will will be
notified.  Pt voiced an understanding.

            Signed by: /es/ ERIN L ROBINSON, M.A.
                            MEDICAL ASSISTANT
                            08/05/2004 14:39

      Receipt Acknowledged By:
                       /es/ Leonard Fronton, DO
                            Deerfield Beach CBOC Physician
                            08/05/2004 14:55
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                            Progress Notes
------------------------------------------------------------------------
NOTE DATED: 09/09/2004 10:53
LOCAL TITLE: OAKPK DERMATOLOGY NOTE
STANDARD TITLE: DERMATOLOGY OUTPATIENT NOTE
VISIT: 09/09/2004 10:45 ZZZ DERM-FOLLOW UP-DR
f/u actinic damage. c/o a few rough sites scalp.

Exam: red rough keratoses x2 scalp, x1 right temple, x1 dorehead.

Imp: Aks

Plan: LN2 cryo to 4 sites.    6 mos.  sun precautions

                Signed by: /es/ ROBERT A SNYDER
                           M. D.
                           09/09/2004 10:55
```

```
-------------------------------------------------------------------------------
  MEDICAL RECORD          |     CONSULTATION SHEET      Page 1 of 1
-------------------------------------------------------------------------------
Consult Request: Consult                     |Consult No.: 327333
-------------------------------------------------------------------------------
To: OAKPK DERMATOLOGY
    From: DEERFIELD BEACH ALSTON            |Requested: 11/21/2001 1:05 pm
-------------------------------------------------------------------------------
Requesting Facility: DEERFIELD BEACH CBOC
===============================================================================
REASON FOR REQUEST: (Complaints and findings)
LEFT SHOULDER BASAL CELL CA.


-------------------------------------------------------------------------------
PROVISIONAL DIAG: LEFT SHOULDER BASAL CELL CA.I
-------------------------------------------------------------------------------
REQUESTED BY:              |PLACE:               |URGENCY:
FINE,STEVEN S              |Consultant's choice  |Routine
BR-VAMIA                   |                     |
(Pager: 954 679-7154)      |SERVICE RENDERED AS: |
(Phone: 4994)              |Outpatient           |
-------------------------------------------------------------------------------
                   C H A R T   C O P Y

           No Consultation Results available.

-------------------------------------------------------------------------------

               (Administrative Complete Comment)
       Entered by: BASS,JOANN D - 03/06/2004 7:17 am
       Responsible Person: BASS,JOANN D
       Entered at: MIAMI VAMC
"This consult has been administratively closed per the Medical Executive
Council based on a pending status greater than one year."
```

```
===============================================================================
AUTHOR & TITLE:
                                   |DATE:
-------------------------------------------------------------------------------
ID #:_____|ORGANIZATION:DEERFIELD BEACH C |REG #:____ |LOC: DEERFIELD B
-------------------------------------------------------------------------------
GIBBONS,WILLIAM G    NSC    NSC VETERAN
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      01/30/1948              CONSULTATION SHEET
194 GARTH ROAD                          Standard Form 513 (Rev 9-77)
APT.#4I
```

```
                Report from: DEERFIELD BEACH CBOC    Station #546GH
LAB INTERIM (Aug 20, 1824 - Feb 28, 2007@23:59)                        Page 1
GIBBONS,WILLIAM G    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                       JAN 30,1948 (59)
================================================================================
                    *** WORK COPY ONLY ***    Printed: 02/28/2007 14:13

Provider : FRONTON,LEONARD
  Specimen: URINE.              UR 0805 100
                                08/05/2004 18:11
      Test name               Result    units      Ref.    range    Site Code
      URINE COLOR             YELLOW                                 [546]
      APPEARANCE              CLEAR                                  [546]
      SPECIFIC GRAVITY        1.018                 1.01 - 1.03      [546]
      URINE pH                5.0                   5 - 7            [546]
      URINE LEUKOCYTES        NEG       Leu/uL      NEG - POS        [546]
      URINE NITRITE           NEG       mg/ml       NEG - POS        [546]
      URINE BLOOD             NEG       Ery/uL      NEG - POS        [546]
      URINE GLUCOSE           NEG       mg/dl       NEG - POS        [546]
      URINE PROTEIN           NEGATIVE  mg/dl       NEG - POS        [546]
      URINE KETONES           NEGATIVE  mg/dl       NEG - POS        [546]
      URINE BILIRUBIN         NEG       mg/dl       NEG - POS        [546]
      UROBILINOGEN            0.2       EU/dL       .2 - 8           [546]
================================================================================

Provider : FRONTON,LEONARD
  Specimen: SERUM.              SC 1001 464
                                10/01/2003 16:44
      Test name               Result    units      Ref.    range    Site Code
      PSA                     7.06 H    ng/ml       0 - 4            [546]
================================================================================

Provider : FRONTON,LEONARD
  Specimen: SERUM.              CH 1001 531
                                10/01/2003 16:44
      Test name               Result    units      Ref.    range    Site Code
      SODIUM                  144       MMOL/L      137 - 145        [546]
      POTASSIUM               4.4       MMOL/L      3.6 - 5          [546]
      CHLORIDE                109 H     MMOL/L      98 - 107         [546]
      ECO2                    27        MMOL/L      22 - 30          [546]
      ANION GAP               8 L       MMOL/L      9 - 16           [546]
      GLUCOSE                 92        MG/DL       75 - 110         [546]
      UREA NITROGEN           18        MG/DL       9 - 20           [546]
      CREATININE              1.2       MG/DL       .8 - 1.5         [546]
      CALCIUM                 9.0       MG/DL       8.4 - 10.2       [546]
      ALBUMIN                 4.1       G/DL        3.9 - 5          [546]
      TOTAL PROTEIN           6.7       GM/DL       6.3 - 8.2        [546]
      ALT                     27        U/L         21 - 72          [546]
      AST                     19        U/L         10 - 47          [546]
      ALKALINE PHOSPHATASE    66        U/L         38 - 126         [546]
      BILIRUBIN TOTAL         1.7 H     MG/DL       .2 - 1.3         [546]
      TRIGLYCERIDE            143       mg/dL       40 - 160         [546]
       Eval: LIPID METABOLISM DISORDER: >200 mg/dL
      CHOLESTEROL             227 H     mg/dL       75 - 200         [546]
       Eval:  REFERENCE VALUE INTERPRETATION:
       Eval: BORDERLINE 200-239 mg/dL
       Eval: DESIRABLE  <200    mg/dL
       Eval: HIGH       >240    mg/dL
                    *** WORK COPY ONLY ***       (continued...)
```

```
               Report from: DEERFIELD BEACH CBOC    Station #546GH
LAB INTERIM (Aug 20, 1824 - Feb 28, 2007@23:59)                      Page 2
GIBBONS,WILLIAM G   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                        JAN 30,1948 (59)
================================================================================
                    *** WORK COPY ONLY ***    Printed: 02/28/2007 14:13
(...continued)
     HDL CHOLESTEROL            45      mg/dL     35 - 55        [546]
       Eval: RISK INDICATOR: <35 mg/dL
     LDLC CALCULATION          153      MG/DL                   [546]
Comment: The formula is LDL=(CHOL-(HDL+(TRIG/5)))
================================================================================

Provider : FRONTON,LEONARD
  Specimen: BLOOD.              HE 1001 237
                                10/01/2003 16:44

     Test name                Result    units      Ref.  range   Site Code
     WBC                        6.3     K/cmm      4.8 - 10        [546]
     NEUTROPHILS %             58.7     %          45 - 79         [546]
     LYMPHS %                  31.9     %          11 - 40         [546]
     MONOS %                    7.6     %          4 - 13          [546]
     EOS %                      1.1     %          0 - 7           [546]
     BASOS %                    0.7     %          0 - 2.5         [546]
     NEUTROPHILS #              3.7     thousand   2.2 - 7         [546]
     LYMPHS #                   2.0     thousand   .7 - 2.7        [546]
     MONOS #                    0.5     thousand   .1 - .7         [546]
     EOS #                      0.1     thousand   0 - .7          [546]
     BASOS #                    0.0     thousand   0 - .2          [546]
     RBC                       4.71     M/cmm      4.17 - 5.75     [546]
     HGB                       14.8     g/dL       12.8 - 17.2     [546]
     HCT                       43.7     %          40.2 - 48.2     [546]
     MCV                       92.8     femtoliter 81.1 - 97.5     [546]
     MCH                       31.5     pg         29 - 35         [546]
     MCHC                      33.9     gm/dL      33 - 35         [546]
     RDW                       12.6     %          10.9 - 14.9     [546]
     PLATELET COUNT             176     K/cmm      133 - 373       [546]
     MPV                        9.5     femtoliter 7 - 9.5         [546]
================================================================================

Provider : FRONTON,LEONARD
  Specimen: SERUM.              SC 1210 378
                                12/10/2002 09:55
     Test name                Result    units      Ref.  range   Site Code
     PSA                       6.98 H   ng/ml      0 - 4           [546]
================================================================================

Provider : FRONTON,LEONARD
  Specimen: SERUM.              CH 1210 354
                                12/10/2002 09:55
     Test name                Result    units      Ref.  range   Site Code
     TRIGLYCERIDE               123     mg/dL      40 - 160        [546]
       Eval: LIPID METABOLISM DISORDER: >200 mg/dL
     CHOLESTEROL                208 H   mg/dL      75 - 200        [546]
       Eval:  REFERENCE VALUE INTERPRETATION:
       Eval: BORDERLINE 200-239 mg/dL
       Eval: DESIRABLE  <200    mg/dL
       Eval: HIGH       >240    mg/dL
     HDL CHOLESTEROL             37     mg/dL      35 - 55         [546]
                    *** WORK COPY ONLY ***         (continued...)
```

```
         Report from: DEERFIELD BEACH CBOC    Station #546GH
LAB INTERIM (Aug 20, 1824 - Feb 28, 2007@23:59)                    Page 3
GIBBONS,WILLIAM G   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                         JAN 30,1948 (59)
=============================================================================
                    *** WORK COPY ONLY ***     Printed: 02/28/2007 14:13
(...continued)
      Eval: RISK INDICATOR: <35 mg/dL
   LDLC CALCULATION           146    MG/DL                          [546]
Comment: The formula is LDL=(CHOL-(HDL+(TRIG/5)))
=============================================================================
                    ---- MICROBIOLOGY ----
Accession: PA 02 13149              Received: Oct 02, 2002 14:54
Collection sample: STOOL            Collection date: Oct 02, 2002 14:54
Site/Specimen: FECES
Provider: FRONTON,LEONARD

* PARASITOLOGY FINAL REPORT => Oct 02, 2002   TECH CODE: 2034
Parasitology Remark(s):
  NEGATIVE FOR OCCULT BLOOD
=============================================================================
                    ---- MICROBIOLOGY ----
Accession: PA 02 13148              Received: Oct 02, 2002 14:54
Collection sample: STOOL            Collection date: Oct 02, 2002 14:54
Site/Specimen: FECES
Provider: FRONTON,LEONARD

* PARASITOLOGY FINAL REPORT => Oct 02, 2002   TECH CODE: 2034
Parasitology Remark(s):
  NEGATIVE FOR OCCULT BLOOD
=============================================================================
                    ---- MICROBIOLOGY ----
Accession: PA 02 13147              Received: Oct 02, 2002 14:54
Collection sample: STOOL            Collection date: Oct 02, 2002 14:53
Site/Specimen: FECES
Provider: FRONTON,LEONARD

* PARASITOLOGY FINAL REPORT => Oct 02, 2002   TECH CODE: 2034
Parasitology Remark(s):
  NEGATIVE FOR OCCULT BLOOD
=============================================================================

Provider : FRONTON,LEONARD
  Specimen: BLOOD.          HE 0910 243
                            09/10/2002 10:55
     Test name            Result    units    Ref.  range   Site Code
     WBC                   5.1      K/cmm     4.8 - 10       [546]
     NEUTROPHILS %        53.5       %        45 - 79        [546]
     LYMPHS %             35.4       %        11 - 40        [546]
     MONOS %               8.7       %        4 - 13         [546]
     EOS %                 1.6       %        0 - 7          [546]
     BASOS %               0.8       %        0 - 2.5        [546]
     NEUTROPHILS #         2.7      thousand  2.2 - 7        [546]
     LYMPHS #              1.8      thousand  .7 - 2.7       [546]
     MONOS #               0.4      thousand  .1 - .7        [546]
     EOS #                 0.1      thousand  0 - .7         [546]
     BASOS #               0.0      thousand  0 - .2         [546]
     RBC                  4.59      M/cmm     4.17 - 5.75    [546]
                    *** WORK COPY ONLY ***     (continued...)
```

```
              Report from: DEERFIELD BEACH CBOC    Station #546GH
LAB INTERIM (Aug 20, 1824 - Feb 28, 2007@23:59)                      Page 4
GIBBONS,WILLIAM G    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                          JAN 30,1948 (59)
=============================================================================
                     *** WORK COPY ONLY ***    Printed: 02/28/2007 14:13
(...continued)
    HGB              14.8      g/dL         12.8 - 17.2      [546]
    HCT              43.7      %            40.2 - 48.2      [546]
    MCV              95.1      femtoliter  81.1 - 97.5      [546]
    MCH              32.3      pg           29 - 35          [546]
    MCHC             33.9      gm/dL        33 - 35          [546]
    RDW              12.2      %            10.9 - 14.9      [546]
    PLATELET COUNT   173       K/cmm        133 - 373        [546]
    MPV              9.4       femtoliter  7 - 9.5          [546]
=============================================================================

Provider : FRONTON,LEONARD
  Specimen: SERUM.          SC 0910 692
                            09/10/2002 10:55
    Test name             Result    units       Ref.   range  Site Code
    PSA                   7.07 H    ng/ml       0 - 4          [546]
=============================================================================

Provider : FRONTON,LEONARD
  Specimen: SERUM.          SC 0910 690
                            09/10/2002 10:55
    Test name             Result    units       Ref.   range  Site Code
    TSH                   1.083     uU/ml       .49 - 4.67     [546]
=============================================================================

Provider : FRONTON,LEONARD
  Specimen: SERUM.          CH 0910 630
                            09/10/2002 10:55
    Test name             Result    units       Ref.   range  Site Code
    SODIUM                150 H     MMOL/L      137 - 145      [546]
    POTASSIUM             4.9       MMOL/L      3.6 - 5        [546]
    CHLORIDE              110 H     MMOL/L      98 - 107       [546]
    ECO2                  29        MMOL/L      22 - 30        [546]
    ANION GAP             11        MMOL/L      9 - 16         [546]
    GLUCOSE               103       MG/DL       75 - 110       [546]
    UREA NITROGEN         18        MG/DL       9 - 20         [546]
    CREATININE            1.2       MG/DL       .8 - 1.5       [546]
    CALCIUM               9.2       MG/DL       8.4 - 10.2     [546]
    ALBUMIN               4.5       G/DL        3.9 - 5        [546]
    TOTAL PROTEIN         7.4       GM/DL       6.3 - 8.2      [546]
    ALT                   29        U/L         21 - 72        [546]
    AST                   22        U/L         10 - 47        [546]
    ALKALINE PHOSPHATASE  65        U/L         38 - 126       [546]
    BILIRUBIN TOTAL       1.4 H     MG/DL       .2 - 1.3       [546]
    TRIGLYCERIDE          173 H     mg/dL       40 - 160       [546]
      Eval: LIPID METABOLISM DISORDER: >200 mg/dL
    CHOLESTEROL           224 H     mg/dL       75 - 200       [546]
      Eval:  REFERENCE VALUE INTERPRETATION:
      Eval: BORDERLINE 200-239 mg/dL
      Eval: DESIRABLE  <200   mg/dL
      Eval: HIGH       >240   mg/dL
    HDL CHOLESTEROL       45        mg/dL       35 - 55        [546]
                     *** WORK COPY ONLY ***     (continued...)
```

```
        Report from: DEERFIELD BEACH CBOC    Station #546GH
LAB INTERIM (Aug 20, 1824 - Feb 28, 2007@23:59)                    Page 5
GIBBONS,WILLIAM G   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                        JAN 30,1948 (59)
================================================================================
                *** WORK COPY ONLY ***    Printed: 02/28/2007 14:13
(...continued)
     Eval: RISK INDICATOR: <35 mg/dL
   LDLC CALCULATION          144      MG/DL
Comment: The formula is LDL=(CHOL-(HDL+(TRIG/5)))
================================================================================

Provider : FINE,STEVEN S
  Specimen: URINE.            UR 1121 99
                             11/21/2001 11:00
     Test name               Result    units    Ref.    range    Site Code
     URINE COLOR             YELLOW                               [546]
     APPEARANCE              CLEAR                                [546]
     SPECIFIC GRAVITY        1.022              1.010 - 1.030     [546]
     URINE pH                5.0                5.0 - 7.0         [546]
     URINE LEUKOCYTES        NEG       Leu/uL   NEG - POS         [546]
     URINE NITRITE           NEG       mg/ml    NEG - POS         [546]
     URINE BLOOD             NEG       Ery/uL   NEG - POS         [546]
     URINE GLUCOSE           NEG       mg/dl    NEG - POS         [546]
     URINE PROTEIN           NEGATIVE  mg/dl    NEG - POS         [546]
     URINE KETONES           NEGATIVE  mg/dl    NEG - POS         [546]
     URINE BILIRUBIN         NEG       mg/dl    NEG - POS         [546]
     UROBILINOGEN            NEG                NEG - POS         [546]
================================================================================

Provider : FINE,STEVEN S
  Specimen: SERUM.            SC 1121 459
                             11/21/2001 11:00
     Test name               Result    units    Ref.    range    Site Code
     PSA                     5.52 H    ng/ml    0 - 4             [546]
================================================================================

Provider : FINE,STEVEN S
  Specimen: SERUM.            SC 1121 458
                             11/21/2001 11:00
     Test name               Result    units    Ref.    range    Site Code
     T-4,TOTAL               7.50      ug/dl    4.5 - 12.0        [546]
     T-3 UPTAKE              34.83     %        25 - 35           [546]
     FREE THYROXINE INDEX    2.61      UG/DL    1.3 - 3.2         [546]
     TSH                     0.882     uU/ml    0.49 - 4.67       [546]
================================================================================

Provider : FINE,STEVEN S
  Specimen: SERUM.            CH 1121 657
                             11/21/2001 11:00
     Test name               Result    units    Ref.    range    Site Code
     SODIUM                  144       MMOL/L   137 - 145         [546]
     POTASSIUM               3.9       MMOL/L   3.6 - 5.0         [546]
     CHLORIDE                103       MMOL/L   98 - 107          [546]
     ECO2                    24        MMOL/L   22 - 30           [546]
     ANION GAP               16        MMOL/L   9 - 16            [546]
     GLUCOSE                 100       MG/DL    75 - 110          [546]
     UREA NITROGEN           17        MG/DL    9 - 20            [546]
                *** WORK COPY ONLY ***    (continued...)
```

```
            Report from: DEERFIELD BEACH CBOC    Station #546GH
LAB INTERIM (Aug 20, 1824 - Feb 28, 2007@23:59)                     Page 6
3IBBONS,WILLIAM G   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                        JAN 30,1948 (59)
============================================================================
                    *** WORK COPY ONLY ***   Printed: 02/28/2007 14:13
(...continued)
    CREATININE              1.1      MG/DL      .8 - 1.5        [546]
    CALCIUM                 8.8      MG/DL      8.4 - 10.2      [546]
    ALBUMIN                 4.1      G/DL       3.9 - 5.0       [546]
    TOTAL PROTEIN           7.0      GM/DL      6.3 - 8.2       [546]
    ALT                    18 L      U/L        21 - 72         [546]
    AST                     19       U/L        10 - 47         [546]
    ALKALINE PHOSPHATASE    51       U/L        38 - 126        [546]
    BILIRUBIN TOTAL         1.1      MG/DL      .2 - 1.3        [546]
    BILIRUBIN DIRECT       canc      MG/DL      0 - 0.4         [546]
    TRIGLYCERIDE           127       MG/DL      40 - 160        [546]
     Eval: LIPID METABOLISM DISORDER: >200 mg/dL
    CHOLESTEROL            235 H     MG/DL      75 - 200        [546]
     Eval:   REFERENCE VALUE INTERPRETATION:
     Eval: BORDERLINE 200-239 mg/dL
     Eval: DESIRABLE  <200   mg/dL
     Eval: HIGH       >240   mg/dL
    HDL CHOLESTEROL         57       MG/DL      29 - 67         [546]
     Eval: RISK INDICATOR: <35 mg/dL
    LDLC CALCULATION       153       MG/DL                      [546]
Comment: The formula is LDL=(CHOL-(HDL+(TRIG/5)))
============================================================================

Provider : FINE,STEVEN S
  Specimen: BLOOD.          HE 1121 218
                            11/21/2001 11:00
    Test name              Result     units      Ref.   range  Site Code
    WBC                    5.1        K/cmm      4.8 - 10.0      [546]
    NEUTROPHILS %          58.3       %          45 - 79         [546]
    LYMPHS %               32.7       %          11 - 40         [546]
    MONOS %                7.1        %          4 - 13          [546]
    EOS %                  1.2        %          0 - 7           [546]
    BASOS %                0.7        %          0 - 2.5         [546]
    NEUTROPHILS #          3.0        thousand   2.2 - 7.0       [546]
    LYMPHS #               1.7        thousand   .7 - 2.7        [546]
    MONOS #                0.4        thousand   .1 - .7         [546]
    EOS #                  0.1        thousand   0 - .7          [546]
    BASOS #                0.0        thousand   0 - .2          [546]
    RBC                    4.45       M/cmm      4.17 - 5.75     [546]
    HGB                    14.1       g/dL       12.8 - 17.2     [546]
    HCT                    42.1       %          40.2 - 48.2     [546]
    MCV                    94.6       femtoliter 81.1 - 97.5     [546]
    MCH                    31.6       pg         29 - 35         [546]
    MCHC                   33.4       gm/dL      33 - 35         [546]
    RDW                    12.5       %          10.9 - 14.9     [546]
    PLATELET COUNT         187        K/cmm      133 - 373       [546]
    MPV                    9.3        femtoliter 7.0 - 9.5       [546]
============================================================================
Performing Lab Sites
[546]   MIAMI VAMC
        1201 Northwest 16th Street  MIAMI, FL 33125
============================================================================
                    *** WORK COPY ONLY ***
```

```
Action Rx Profile                          Run Date: FEB 28,2007   Page: 1
Sorted by drug classification for Rx's currently active
and for those Rx's that have been inactive less than 120 days.   Site: VAMC
----------------------------------------------------------------------------
 Name  : GIBBONS,WILLIAM G   ID#: 3209              Action Date: _____
 DOB   : JAN 30,1948         Address  : 194 GARTH ROAD
                                        APT.#4I
                                        SCARSDALE, NEW YORK  10583
                             Phone    : (914)713-4940

WEIGHT(Kg): 95.45 (10/01/2003)          HEIGHT(cm): 172.72 (10/01/2003)
DISABILITIES:

ALLERGIES: NKA

ADVERSE REACTIONS:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Instructions to the provider:
   A. A prescription blank (VA FORM 10-2577f) must be used for the
      following: 1) any new medication
                 2) any changes in dosage, direction or quantity
                 3) all class II narcotics.
   B. To continue a medication as printed:
      1.  If "Remaining Refills" are sufficient to complete
          therapy or last until next scheduled clinic appointment,
          no action is required.
      2.  If "Remaining Refills" are not sufficient to complete
          therapy or last until next scheduled clinic appointment,
          sign "RENEW/MD" line, enter VA# and date, and circle
          total number of refills needed.  This action creates a
          new prescription with refills as indicated.
   C. To discontinue a medication, sign DISCONTINUE/MD line and enter VA# and da
   D. Any medications not acted upon will continue to be available
      to the patient until all refills are used or until expiration.

   NOTE: '(R)' indicates a fill was returned to stock.
--------------------------------------------------------------------------
Medication/Supply                                                Rx#


             >>>> NO PRESCRIPTIONS ON FILE <<<<
----------------------------PENDING ORDERS-----------------------------

        No pending orders for this patient!
```

```
Action Rx Profile                          Run Date: FEB 28,2007   Page: 2
Sorted by drug classification for Rx's currently active
and for those Rx's that have been inactive less than 120 days.    Site: VAMC
-----------------------------------------------------------------------------
 Name  : GIBBONS,WILLIAM G    ID#: 3209              Action Date: _____
 DOB   : JAN 30,1948          Address  : 194 GARTH ROAD
                                         APT.#4I
                                         SCARSDALE, NEW YORK  10583
                              Phone    : (914)713-4940

WEIGHT(Kg): 95.45 (10/01/2003)      HEIGHT(cm): 172.72 (10/01/2003)

ALLERGIES: NKA

ADVERSE REACTIONS:

-----------------------------------------------------------------------------
Instructions to the provider:
A prescription blank (VA FORM 10-2577f) must be used for All Class II NARCOTICS.
-----------------------------------------------------------------------------
   OTHER MEDICATIONS:

   Name: GIBBONS,WILLIAM G     ID#: 3209           DOB: JAN 30,1948

1  Medication: _____

   Outpatient Directions: _____
   ___SC___NSC  Quantity: _____    Days Supply _____    Refills: 0 1 2 3 4 5 6 7


   _____     _____     _____
   Provider's Signature                DEA #          Date/Time
-----------------------------------------------------------------------------
   Name: GIBBONS,WILLIAM G     ID#: 3209           DOB: JAN 30,1948

2  Medication: _____

   Outpatient Directions: _____
   ___SC___NSC  Quantity: _____    Days Supply _____    Refills: 0 1 2 3 4 5 6 7


   _____     _____     _____
   Provider's Signature                DEA #          Date/Time
-----------------------------------------------------------------------------
   Name: GIBBONS,WILLIAM G     ID#: 3209           DOB: JAN 30,1948

3  Medication: _____

   Outpatient Directions: _____
   ___SC___NSC  Quantity: _____    Days Supply _____    Refills: 0 1 2 3 4 5 6 7


   _____     _____     _____
   Provider's Signature                DEA #          Date/Time
-----------------------------------------------------------------------------
```

BARTON BARTON & PLOTKIN LLP

ATTORNEYS AT LAW

420 LEXINGTON AVENUE

NEW YORK, NEW YORK 10170

7817/LV

NEW YORK NY 10170

Leonard Fronton, M.D.
2100 Sw 10th Street
Deerfield Beach, FL  33442

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

VALIANA FREEMAN, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at Bronx County, New York.

That on the 6th of August 2007 deponent served the within document(s) entitled:

### AFFIRMATION IN OPPOSITION

Upon:

               SHERRI L. PLOTKIN, ESQ.
               BARTON BARTON & PLOTKIN LLP
               Attorneys for Plaintiff
               Office & P.O. Box Address
               420 Lexington Avenue
               New York, NY 10170
               (212) 687-6262

               OFFICE OF THE UNITED STATES ATTORNEY
               Southern District of New York
               Attorneys for defendants DEPARTMENT OF VETERANS AFFAIRS and the
               UNITED STATES OF AMERICA
               86 Chambers Street – 4th Floor
               New York, New York 10007
               (212) 637-2725

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper and in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
VALIANA FREEMAN

Sworn to before me this
_____ [th] day of August 2007

_____
**Notary Public**

MICHELE SAVINI
Notary Public, State of New York
No. 01SA4816512
Qualified in Richmond County
Commission Expires June 30, 20/D

2805673.1