# Progress Note

Printed On Jun 20, 2006

```
AND FEELS LIKE THERE IS FLUID IN IT,C/O COUGH,THROAT PAIN,BRING UP GREEN
PHELGM.PT VOICED NO CHILLS,FEVER OR CHEST PAIN.MD AWARE.PT ORDERED
AMOXICILLIN 500MG,LOTS OF FLUIDS,REST,TYLENOL EXTRA STRENGTH 500MG 2TABS
Q4-6HRS PRN.PT VOICED UNDERSTANDING AND WILL BE COMING INTO CLINIC TO PICK
UP A TEN DAY SUPPLY OF AMOXICILLIN.

/es/ LINDA BHIM
LPN
Signed: 03/26/2002 14:33
```

```
       TITLE: General Note
DATE OF NOTE: NOV 21, 2001@08:53     ENTRY DATE: NOV 23, 2001@08:53:29
      AUTHOR: FINE,STEVEN S          EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

HISTORY & PHYSICAL
```

CC:  Mr. William Gibbons is a 52-year-old gentleman, pleasant, who comes to the Deerfield Beach VA Clinic for evaluation and care.

HPI:  The patient has had basal cell carcinoma of his skin before with removal.  He states that the one on his left posterior back, over his shoulder blade, appears to have reappeared over the site of removal.  He wishes to have this evaluated and possibly referred to dermatology for removal.

PMH:
1.  Basal cell cancer in the past on multiple areas of the body with removal.

FAMHX: Negative for cancer, diabetes or heart disease.  He has four children.

SOCHX: Does not smoke.  Drinks maybe 5 drinks a week at most.

OCCHX: Works as a MRI tech.

        Allergies and Adverse Reactions in VistA -
NKA.

MEDICATIONS: None.

        Immunizations in VistA -

        ROS -
General:  Denies weight change, fever, chills, night sweats, or fatigue.
HEENT: Denies headaches, visual change, tinnitus, hearing loss, sore

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK   10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Progress Note

Printed On Jun 20, 2006

throat, or hoarseness.
Neck: Denies masses, swelling, stiffness, limitations in range of motion, or pain.
Cardio: No chest pain, no palpitations, no lower extremity edema.
Resp: No shortness of breath at rest or activity.
GI: No epigastric discomfort, no melena, no bowel pattern abnormality.
GU: No dysuria, no hematuria.
Musc/Skel: Full range of motion, no joint pain or arthritis.
Skin: Denies rash, mass or mole change.
Neuro: No unilateral motor or sensory loss, no central cognition issues. The patient is alert and active.
Psych: Anxiety and depression; the patient shows no signs of anxiety, no signs of depression or suicidal behavior patterns.
Endocrine: No signs of diabetes, no signs of hypothyroidism, no polydipsia, no polyphagia associated with diabetes and no signs of loss of hair, thinning of hair, thickness of skin with hypothyroidism.
Hem/Lymph: Denies easy bruising or bleeding disorder.
Allergy/Immuno: Denies allergies or frequent infections.

Physical Exam - Vital Signs

Reveals a 52-year-old male, weight 200 lbs., height 67", blood pressure 120/90, temperature 98, respiratory rate 18, heart rate 68 regular. Pain scale 0 out of 10.
Visual acuity: O.D. 20/40, O.S. 20/15, O.U. 20/15.
General Appearance: No cyanosis, no pallor, no jaundice, no edema, apyrexic.
HEENT: PERRLA, EOMI, no icterus. Neck is supple, no JVD, no carotid bruit or thyromegaly.
Respiratory: Breath sounds are clear, no rales or rhonchi.
Cardiac: Heart sounds S1/S2, no murmur, regular rate and rhythm.
Chest (Breasts): Symmetrical.
Gastrointestinal: Soft, positive bowel sounds, no organomegaly.
Rectal: Deferred.
Genitourinary: Deferred.
Lymphatic: Negative lymphatic survey.
Musculoskeletal: Full range of motion.
Skin: Examination of the left upper back, over the scapula, reveals an area of basal cell removal with reactivation of the basal cell at the site of removal.
Neurologic: Intact.
Motor sensory: Bilateral symmetrical, cranial nerves II-XII intact. Deep tendon reflexes are brisk and firm. Babinski is not present.
Psychiatric/MH: Pleasant and cooperative. Maintains eye contact. Memory intact for immediate, recent, and remote events. Logical thought processes. Coherent and responsive throughout exam.

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GIBBONS, WILLIAM<br>194 GARTH ROAD<br>APT. #4I<br>SCARSDALE, NEW YORK  10583<br>130363209 | Printed at MIAMI VAMC |

# Progress Note

Printed On Jun 20, 2006

```
Assessment/Plan:
1.      Basal cancer at the site of past removal over the left scapula.
The patient will be referred to dermatology for removal.
2.      Well care issues. PSA, TFT, CBC W/DIFF, SMAC-12, UA, and guaiac
stool cards x 3 have been ordered. See back in 1 month for recheck of the
basal cell cancer. The patient declines a Pneumovax and flu vaccine
presently.

/es/ Steven S Fine, MD
Deerfield Beach CBOC Provider
Signed: 11/23/2001 09:01
```

```
       TITLE: NURSING NOTE
DATE OF NOTE: NOV 21, 2001@10:28    ENTRY DATE: NOV 21, 2001@10:28:05
      AUTHOR: BLUE,TAMYAHA A         EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED
```

```
53 y/o male here to get established with clinic has questions about skin
cancer. EKG performed as per Dr Fine.

CLINICAL REMINDER ACTIVITY
  Advanced Directives Education:
    Patient received oral and written information about advanced
       directives this visit, information included number of person to
       call if they would like to initate an advanced directive.
    Level of Understanding: Good
  Alcohol Use Screen:
    CAGE an ALCOHOL SCREENING INSTRUMENT
      An alcohol screening test (CAGE) was negative (score=0).

       1. Have you ever felt you should cut down on your drinking? No

       2. Have people annoyed you by criticizing your drinking? No

       3. Have you ever felt bad or guilty about your drinking? No

       4. Have you ever had a drink first thing in the morning to
          steady your nerves or to get rid of a hangover (an eye opener)?
          No
  DEPRESSION/MDD SCREEN:
    During the past month, have you often been bothered by feeling down,
       depressed or hopeless ?
    NO
    During the past month, have you often been bothered by little interest
       of pleasure in doing things ?
    NO
    Patient was screened using the PRIME-MD 2 question Depression screen.
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GIBBONS, WILLIAM<br>194 GARTH ROAD<br>APT.#4I<br>SCARSDALE, NEW YORK   10583<br>130363209 | Printed at MIAMI VAMC |

# Progress Note

Printed On Jun 20, 2006

```
        Both questions were answered NO resulting in a negative/normal
           screening.
   Fecal Occult Blood Test:
     Patient was given FOBT cards x3 with instructions for their use and
        where to return them when completed.
   FUNCTIONAL/PHYSICAL ACTIVITY SCREEN:
     DO YOU OFTEN ASK PEOPLE TO REPEAT WHAT THEY ARE SAYING OR DO PEOPLE
         COMPLAIN YOU HAVE THE TV/RADIO TOO LOUD ?
     DO YOU HAVE PROBLEMS READING ?
     Follow up by provider for the above positive screens.
   Hepatitis C Risk Assessment:
     Patient had no risk factors for hep c.
   Hypertension Education:
     Patient had hypertension education at this encounter.
        Level of Understanding: Good
   Influenza Immunization:
     Patient DECLINED to have the  influenza immunization at this visit.
   NUTRITIONAL SCREENING/EDUCATION:
     Patient has BMI>27. Patient encouraged to attend Weight Management
        program.
     Patient refuses to be seen by Nutrition for counseling and education
        related to findings of this screen. Patient verbalizes
        understanding of potential problems arising from this refusal.
     Healthy living brochure, which includes information on guidelines for
        healthy nutrition, importance of regular activity/exercise, and
        Weight Management class was given and discussed with the patient.
        Patient verbalized understanding of information.
   PATIENT EDUCATION:
     Patient had the following needs/barriers identified:
        Comment: NO BARRIERS/NEEDS IDENTIFIED
     The following people were taught:
        Comment: PATIENT
     The following actions/teaching methods were initiated as a result of
        the assessment of special needs or learning barriers;
        Comment: VERBAL INSTRUCTIONS, WRITTEN INSTRUCTIONS
     The following patient education was provided in ways understandable to
        the patient. Patient and/or family encourged to participate in
        care and care decisions and encouraged to ask questions if they do
        not underestand any information given. Information given and
        topics covered are:
        Comment: PREVENTIVE HEALTH, ADVANCED DIRECTIVES, PATIENT SAFETY
     The following handouts were given to the patient:
        Comment: veteran's role advance directives
     Patients level of understanding was assessed by having patient:
        Comment: ANSWER QUESTIONS, ASK PROVIDER QUESTIONS
        Level of Understanding: Good
     The education followup plan includes:
        Comment: PATIENT TO CALL WITH QUESTIONS
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GIBBONS, WILLIAM<br>194 GARTH ROAD<br>APT.#4I<br>SCARSDALE, NEW YORK   10583<br>130363209 | Printed at MIAMI VAMC |

# Progress Note

Printed On Jun 20, 2006

```
   Preventive Health Counseling:
      Patient had preventative health counseling at this encounter.
         Level of Understanding: Good
      Patient was given Healthy Living Pamphlet.
   Tobacco Use Screen:
      Patient is a lifetime non-tobacco user.

/es/ TAMYAHA A BLUE
medical assistant
Signed: 11/21/2001 10:34
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK   10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Progress Note

Printed On Jun 20, 2006

```
3.      Return here as needed.
4.      When I have the results, I will discuss them with him.


medi: 96
T: 09/10/2002
JN:  25085


/es/ Leonard Fronton, DO
Deerfield Beach CBOC Physician
Signed: 09/11/2002 15:51
```

---

```
        TITLE: PRIMARY CARE CLINIC NOTE
DATE OF NOTE: SEP 10, 2002@10:56     ENTRY DATE: SEP 10, 2002@10:56:10
       AUTHOR: FRONTON,LEONARD       EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED


CLINICAL REMINDER ACTIVITY
  Cholesterol Screen (Male):
    CHOLESTEROL ordered for this patient at this visit.
    LIPID PROFILE ordered for this patient this visit.Patient advised to
       follow low fat and low cholesterol diet, increase physical
       activity and control weight to manage her/his cholesterol.
  Fecal Occult Blood Test:
    Fecal occult blood test was ordered for this patient this visit .
  Tetanus Diphtheria (TD-Adult):
    Patient DECLINES tetanus diphtheria immunization

/es/ Leonard Fronton, DO
Deerfield Beach CBOC Physician
Signed: 09/10/2002 10:56
```

---

```
        TITLE: NURSING NOTE
DATE OF NOTE: SEP 10, 2002@10:24     ENTRY DATE: SEP 10, 2002@10:24:30
       AUTHOR: PIXLEY,DONNA M        EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED

PT HERE TODAY FOR EVALUATION OF PREVIOUS DIAGNOSIS

CLINICAL REMINDER ACTIVITY
  Hypertension Education:
    Patient had hypertension education at this encounter.
      Level of Understanding: Good
  MST Screening:
    Patient denies experiencing MST in the past.
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK   10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Progress Note

Printed On Jun 20, 2006

```
PATIENT EDUCATION:
  Patient had the following needs/barriers identified:
    Comment: NO BARRIERS/NEEDS IDENTIFIED
  The following people were taught:
    Comment: PATIENT
  The following actions/teaching methods were initiated as a result of
     the assessment of special needs or learning barriers;
    Comment: VERBAL INSTRUCTIONS, WRITTEN INSTRUCTIONS
  The following patient education was provided in ways understandable to
     the patient. Patient and/or family encourged to participate in
     care and care decisions and encouraged to ask questions if they do
     not underestand any information given. Information given and
     topics covered are:
    Comment: MEDICATIONS, DIET AND NUTRITION, FOLLOW UP CARE, PATIENT
       RESPONSIBILITY, OTHER, PREVENTIVE HEALTH, ADVANCED DIRECTIVES,
       PATIENT SAFETY, UNIT/CLINIC ORIENTATION
  The following handouts were given to the patient:
    Comment: VET ROLE IN SAFE CARE, RIGHTS AND RESPONSIBILITIES, HEALTHY
       LIVING HANDOUT, ADVANCED DIRECTIVES INFO
  Patients level of understanding was assessed by having patient:
    Comment: ANSWER QUESTIONS, ASK PROVIDER QUESTIONS
    Level of Understanding: Good
  The education followup plan includes:
    Comment: CONTINUE EDUCATION NEXT VISIT, GIVEN UNIT/CLINIC PHONE #
PTSD Screen:
  Patient screened normal on the PTSD Screen.
Preventive Health Counseling:
  Patient had preventative health counseling at this encounter.
    Level of Understanding: Good
Prostate CA Screen Edu:
  Patient received oral and written information about prostate cancer
     screening this visit. Risk and benefits of prostate cancer
     screening were discussed with patient. Patient was provided an
     opportunity to ask questions and discuss information. Patient
     instructed to discuss PSA testing with provider, if he would like
     test done.

/es/ DONNA M PIXLEY
LPN
Signed: 09/10/2002 10:26
```

```
      TITLE: TELEPHONE CONTACT NOTE (GENERAL)
DATE OF NOTE: MAR 26, 2002@14:27     ENTRY DATE: MAR 26, 2002@14:27:24
      AUTHOR: BHIM,LINDA              EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

PT CALLED STATING HE HAS A SORE THROAT UNABLE TO SWALLOW,LEFT EAR ACHES
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK   10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Progress Note

Printed On Jun 20, 2006

Imp: Ak

Plan: LN2 cryo . sunscreens, hat. f/u 6 months

/es/ ROBERT A SNYDER
 M. D.
Signed: 03/04/2004 09:35

---

       TITLE: OAKPK DERMATOLOGY NOTE
DATE OF NOTE: DEC 04, 2003@11:03   ENTRY DATE: DEC 04, 2003@11:03:59
    AUTHOR: SNYDER,ROBERT A   EXP COSIGNER:
    URGENCY:   STATUS: COMPLETED

f/u actinic damage. Hx bccs and Aks. c/o rough lesions scalp.

Exam 6mm red rough keratosis left mid scalp.

Imp: Ak

Plan: LN2 cryo. f/u 3 months.

/es/ ROBERT A SNYDER
 M. D.
Signed: 12/04/2003 11:05

---

       TITLE: T--PC FOLLOW-UP
DATE OF NOTE: OCT 01, 2003@10:35   ENTRY DATE: OCT 03, 2003@19:11:53
    AUTHOR: FRONTON,LEONARD   EXP COSIGNER:
    URGENCY:   STATUS: COMPLETED

PC FOLLOW-UP

GIBBONS,WILLIAM G is a 55 yo MALE,RACE UNKNOWN

GIBBONS, WILLIAM
3209
10/01/2003

REASON FOR CONTACT:    This gentleman was requested by the VA to come back as he has not been here now in more than a year. This basically is his annual follow up. He feels and looks well offers no complaints and is still on no prescription medications. The only insurance he has is through the VA so I am the only primary care physician that he has seen. He would like his blood reevaluated, which we will do another digital rectal exam to recheck his prostate, as his PSA were running between maybe 5.5 and 7.1 on three different

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK   10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Progress Note

Printed On Jun 20, 2006

readings about a year to a year and a half ago. His brother has normal PSAs .4. Only one uncle had carcinoma of the prostate.

ALLERGIES: None.

PHYSICAL EXAMINATION:
General: The patient is a 55-year-old obese adult white male currently in no acute distress.

VITAL SIGNS:
WT       210 pounds
HT       5 feet 8 inches
BP       110/90
P        72
R        18
T        97.7
PN       0

NECK: Reveals no JVD, no carotid bruits.
HEART: NS, R&R at 72 per minute without any murmurs, arrhythmias, or ectopy.
LUNGS: Clear and well ventilated without any adventitious sounds.
ABDOMEN: Benign.
LOWER EXTREMITIES: No pretibial foot or ankle edema on either side.
RECTAL: Exam reveals some small external hemorrhoids. Internal rectal reveals no internal hemorrhoids or any other rectal masses. Prostate is minimally enlarged, but soft to touch, normal consistence, no lesions, no stony hard areas at all.

IMPRESSION:
1.    Normal digital rectal exam with minimal prostate hypertrophy.
2.    Exogenous obesity.

TREATMENT PLAN:
1.    No medications are needed.
2.    The following fasting labs are being performed this morning: CBC with differential, CMP 14, FLP, and PSA.
3.    Return to see me again in one year.
4.    If his PSAs are elevated at 7 or above again, I will give him a referral to urology for them to evaluate him and see if they feel a prostate biopsy is indicated. Probably not.

There were no education barriers noted.

Health maintenance, diet and exercise, along with other healthy living habits were reviewed with the patient and he verbalized understanding.

Medication instructions were reviewed with the patient regarding what they are being taken for, how to take them, and possible side effects with appropriate

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK   10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Progress Note

Printed On Jun 20, 2006

```
action to take.  The patient was instructed to call the clinic with any adverse
side effects.


Leonard Fronton, DO/smp
Deerfield Beach CBOC Physician

/es/ Leonard Fronton, DO
Deerfield Beach CBOC Physician
Signed: 10/06/2003 13:01
```

---

```
        TITLE: PRIMARY CARE CLINIC NOTE
DATE OF NOTE: OCT 01, 2003@10:35     ENTRY DATE: OCT 01, 2003@10:35:54
      AUTHOR: FRONTON,LEONARD        EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

CLINICAL REMINDER ACTIVITY
  FOBT (RN/LPN):
    Patient declined FOBT testing at this visit.
  Influenza Immunization (RN/LPN):
    Patient refuses immunization
  **Cholesterol Screen (M) :
    LIPID PROFILE ordered for this patient this visit.Patient advised to
       follow low fat and low cholesterol diet, increase physical
       activity and control weight to manage her/his cholesterol.
  Prostate CA Screen Edu.(RN):
    Patient verbalizes understanding of having test done and requests
       test.
    Last prostatic panel results were 12/10/2002  PSA, TOTAL
       6.98 H.

/es/ Leonard Fronton, DO
Deerfield Beach CBOC Physician
Signed: 10/01/2003 10:38
```

---

```
        TITLE: NURSING NOTE
DATE OF NOTE: OCT 01, 2003@10:12     ENTRY DATE: OCT 01, 2003@10:12:22
      AUTHOR: BHIM,LINDA             EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

PT INTO CLINIC FOR SCHEDULE VISIT AND RE-EVAL OF MEDICAL PROBLEMS.

CLINICAL REMINDER ACTIVITY
  Alcohol use Screen (RN/LPN):
    CAGE SCREENING QUESTIONS ARE;
      An alcohol screening test (CAGE) was negative (score=0).
```

---

**PATIENT NAME AND ADDRESS** (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK   10583
130363209

**VISTA Electronic Medical Documentation**

Printed at MIAMI VAMC

# Progress Note

Printed On Jun 20, 2006

    1. Have you ever felt you should cut down on your drinking? No

    2. Have people annoyed you by criticizing your drinking? No

    3. Have you ever felt bad or guilty about your drinking? No

    4. Have you ever had a drink first thing in the morning to steady your nerves or to get rid of a hangover (an eye opener)? No

Tobacco use Screen (RN/LPN):
  Patient has never used tobacco in any form or has not used for at least the past seven years.
Depression Screening (RN/LPN):
  The 2 question depression screen was performed and the patient's depression screen is negative.
Functional Activity Screen (RN/LPN):
  A functional/physical activity screen was performed with the patient answering the following questions,
  DO YOU OFTEN ASK PEOPLE TO REPEAT WHAT THEY ARE SAYING OR DO PEOPLE COMPLAIN YOU HAVE THE TV/RADIO TOO LOUD ?
  DO YOU HAVE PROBLEMS READING ?
  Follow up by provider for the above positive screens.
Nutritional Screening (RN/LPN):
  Patient has BMI>27. Patient encouraged to attend Weight Management program.
  Healthy living brochure, which includes information on guidelines for healthy nutrition, importance of regular activity/exercise, and Weight Management class was given and discussed with the patient. Patient verbalized understanding of information.
Preventive Health (RN/LPN):
  Patient had preventative health counseling at this encounter.
    Level of Understanding: Good
  Patient was given Healthy Living Pamphlet.
Influenza Immunization (RN/LPN):
  Patient refuses immunization
Tetanus Diphtheria (RN/LPN):
  Patient DECLINES tetanus diphtheria immunization
*PATIENT EDUCATION (ALL):
  Patient had the following needs/barriers identified:
    Comment: NO BARRIERS/NEEDS IDENTIFIED
  The following people were taught:
    Comment: PATIENT
  The following actions/teaching methods were initiated as a result of the assessment of special needs or learning barriers;
    Comment: VERBAL INSTRUCTIONS, WRITTEN INSTRUCTIONS
  The following patient education was provided in ways understandable to the patient. Patient and/or family encourged to participate in

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK   10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Progress Note

Printed On Jun 20, 2006

    care and care decisions and encouraged to ask questions if they do
    not understand any information given. Information given and
    topics covered are:
      Comment: MEDICATIONS, DIET AND NUTRITION, DIAGNOSIS, FOLLOW UP CARE,
        PATIENT RESPONSIBILITY, OTHER, PREVENTIVE HEALTH, Wt.
        MANAGEMENT, PATIENT SAFETY, UNIT/CLINIC ORIENTATION
    The following handouts were given to the patient:
      Comment: VET ROLE IN SAFE CARE, RIGHTS AND RESPONSIBILITIES, HEALTHY
        LIVING HANDOUT
    Patients level of understanding was assessed by having patient:
      Comment: REPEAT INFORMATION, ANSWER QUESTIONS, ASK PROVIDER
        QUESTIONS
    The education followup plan includes:
      Comment: PATIENT TO CALL WITH QUESTIONS, CONTINUE EDUCATION NEXT
        VISIT, GIVEN UNIT/CLINIC PHONE #, CARE LINE # 305-575-7030/31
Blood Pressure Check:
  Patient blood pressure recorded.
  110/90
\*\*PTSD:
  Patient screened normal on the PTSD Screen.

/es/ LINDA BHIM
LPN
Signed: 10/01/2003 10:14

---

      TITLE: OAKPK DERMATOLOGY NOTE
DATE OF NOTE: JAN 09, 2003@10:55    ENTRY DATE: JAN 09, 2003@10:55:55
    AUTHOR: SNYDER,ROBERT A    EXP COSIGNER:
   URGENCY:                  STATUS: COMPLETED

54 yo wm f/u exam for actinic damage. old record not available. He was seen about 1 year ago and had some aks treated on his scalp. He also has a past hx of a bcc on his back. He has not noted any suspicious lesions.

Exam: two 4-5mm red rough keratoses crown.

Imp: Aks

Plan: LN2 cryo to 2 sites. sunscreens. rec f/u 12 months.

/es/ ROBERT A SNYDER
M. D.
Signed: 01/09/2003 11:01

---

      TITLE: T--PC FOLLOW-UP
DATE OF NOTE: SEP 10, 2002@10:55    ENTRY DATE: SEP 11, 2002@14:17:58

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK 10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Progress Note

Printed On Jun 20, 2006

```
       TITLE: OAKPK DERMATOLOGY NOTE
DATE OF NOTE: SEP 09, 2004@10:53    ENTRY DATE: SEP 09, 2004@10:54:02
      AUTHOR: SNYDER,ROBERT A       EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED
```

f/u actinic damage. c/o a few rough sites scalp.

Exam: red rough keratoses x2 scalp, x1 right temple, x1 dorehead.

Imp: Aks

Plan: LN2 cryo to 4 sites.   6 mos.   sun precautions

/es/ ROBERT A SNYDER
M. D.
Signed: 09/09/2004 10:55

---

```
       TITLE: TELEPHONE CONTACT NOTE (GENERAL)
DATE OF NOTE: AUG 05, 2004@14:35    ENTRY DATE: AUG 05, 2004@14:35:32
      AUTHOR: ROBINSON,ERIN L       EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED
```

Pt is a 56 year old male who called complaining of blood in his urine. Pt states that he has seen speckles of blood in his urine every time he has urinated in the last 24 hours. Pt denies any burning or frequency to go, but that he has an itchy feeling. Per Dr. Fronton, pt is to come in and urinate in a cup. Once the results are in, pt will be contacted. Provider will will be notified. Pt voiced an understanding.

/es/ ERIN L ROBINSON, M.A.
MEDICAL ASSISTANT
Signed: 08/05/2004 14:39

Receipt Acknowledged By:
08/05/2004 14:55       /es/ Leonard Fronton, DO
                             Deerfield Beach CBOC Physician

---

```
       TITLE: OAKPK DERMATOLOGY NOTE
DATE OF NOTE: MAR 04, 2004@09:34    ENTRY DATE: MAR 04, 2004@09:34:12
      AUTHOR: SNYDER,ROBERT A       EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED
```

f/u actinic damage. Hx of aks. without complaints.

Exam: 5 mm red rough keratosis crown

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK   10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Lab Result

Printed On Jun 20, 2006

```
                    ---- URINALYSIS PROFILE ----

 URINE     08/05      11/21           Reference
           2004       2001
           18:11      11:00     Units      Ranges
-----------------------------------------------------------------
 APPEARA   CLEAR      CLEAR
 COLOR     YELLOW     YELLOW
 SP.GRAV   1.018      1.022                1.01-1.03
 PH        5.00       5.00                 5-7
 PROTEIN   NEGATIVE   NEGATIVE    mg/dl    -0
 GLU       NEG        NEG         mg/dl    -0
 KETONES   NEGATIVE   NEGATIVE    mg/dl    -0
 BILI      NEG        NEG         mg/dl    -0
 BLOOD     NEG        NEG         Ery/uL   -0
 NITRITE   NEG        NEG         mg/ml    -0
 UROBILI   0.2        NEG                  NEG-POS
 LEUK      NEG        NEG         Leu/uL   -0
 ASCORB                           mg/dl    -0
 RBC/HPF                          /HPF
 WBC/HPF                          /HPF
 UR.BACT
 MUCUS
 EPITH C
 SQ.EPTH
 RE.EPTH
 CASTS
 HYALINE                          /LPF
 F GRAN                           /LPF
 C GRAN                           /LPF
 UR CRY
 AM URAT
 AM PHOS
 CA OXAL
 TRI PHO
 URIC AC
 Comments:   a          b
 a. *** For test GLU Normals: NEG-POS ***
    *** For test UROBILI Units: EU/dL and Normals: .2-8 ***
    *** For test BLOOD Normals: NEG-POS ***
    *** For test BILI Normals: NEG-POS ***
    *** For test KETONES Normals: NEG-POS ***
    *** For test PROTEIN Normals: NEG-POS ***
    *** For test NITRITE Normals: NEG-POS ***
    *** For test LEUK Normals: NEG-POS ***
 b. *** For test SP.GRAV Normals: 1.010-1.030 ***
    *** For test PH Normals: 5.0-7.0 ***
    *** For test GLU Normals: NEG-POS ***
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK   10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Lab Result

Printed On Jun 20, 2006

```
*** For test BLOOD Normals: NEG-POS ***
*** For test BILI Normals: NEG-POS ***
*** For test KETONES Normals: NEG-POS ***
*** For test PROTEIN Normals: NEG-POS ***
*** For test NITRITE Normals: NEG-POS ***
*** For test LEUK Normals: NEG-POS ***
```

---- CHEMISTRY SERUM ----

| SERUM | 10/01 2003 16:44 | 09/10 2002 10:55 | 11/21 2001 11:00 | Units | Reference Ranges |
|---|---|---|---|---|---|
| ACETONE | | | | | NEG |
| PSA | | | | ng/ml | 0-4 |
| A/G | | | | | |
| ALBUMIN | 4.1 | 4.5 | 4.1 | G/DL | 3.9-5 |
| ALKPHOS | 66 | 65 | 51 | U/L | 38-126 |
| HEAT AP | | | | u/l | |
| ALT | 27 | 29 | 18 L | U/L | 21-72 |
| AMYLASE | | | | U/L | 30-110 |
| AST | 19 | 22 | 19 | U/L | 10-47 |
| MG | | | | MG/DL | 1.6-2.3 |
| T.BILI | 1.7 H | 1.4 H | 1.1 | MG/DL | .2-1.3 |
| DELTA B | | | | MG/DL | 0-.2 |
| BU | | | | MG/DL | .1-1.1 |
| BC | | | | MG/DL | 0-.3 |
| DIR BIL | | | canc | MG/DL | 0-.4 |
| CK | | | | U/L | 55-170 |
| CO2 | | | | MMOL/L | 22-31 |
| CRYOGLO | | | | | NEGATIVE |
| CRYOCRT | | | | % | NEG |
| ALCOHOL | | | | MG/DL | 0-49 |
| GGT | | | | U/L | 8-78 |
| GLUCOSE | 92 | 103 | 100 | MG/DL | 75-110 |
| GLOB | | | | G/DL | |
| IRON | | | | mcg/dl | 49-181 |
| TIBC | | | | mcg/dl | 250-450 |
| LDH | | | | U/L | 313-618 |
| LIPASE | | | | U/L | 23-300 |
| MG | | | | | |
| OSMO | | | | MOSM/KG | 285-295 |
| PHOS | | | | MG/DL | 2.5-4.5 |
| PROTEIN | 6.7 | 7.4 | 7.0 | GM/DL | 6.3-8.2 |
| URIC AC | | | | MG/DL | 3.5-8.5 |
| Comments: | a | b | c | | |

a. The formula is LDL=(CHOL-(HDL+(TRIG/5)))

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK  10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Lab Result

Printed On Jun 20, 2006

```
b. The formula is LDL=(CHOL-(HDL+(TRIG/5)))
c. The formula is LDL=(CHOL-(HDL+(TRIG/5)))
   *** For test ALBUMIN Normals: 3.9-5.0 ***
   *** For test DIR BIL Normals: 0-0.4 ***
```

```
                   ---- CBC PROFILE ----

BLOOD     10/01      09/10      11/21         Reference
          2003       2002       2001
          16:44      10:55      11:00     Units     Ranges
--------------------------------------------------------------
WBC        6.3        5.1        5.1      K/cmm     4.8-10
RBC        4.71       4.59       4.45     M/cmm     4.17-5.75
HGB       14.8       14.8       14.1      g/dL      12.8-17.2
HCT       43.7       43.7       42.1      %         40.2-48.2
MCV       92.8       95.1       94.6      femtoliter 81.1-97.5
MCH       31.5       32.3       31.6      pg        29-35
MCHC      33.9       33.9       33.4      gm/dL     33-35
RDW       12.6       12.2       12.5      %         10.9-14.9
PLT        176        173        187      K/cmm     133-373
MPV        9.5        9.4        9.3      femtoliter 7-9.5
LYMPH %   31.9       35.4       32.7      %         11-40
MONO %     7.6        8.7        7.1      %         4-13
GRAN %                                    %         51.5-82
LYMPH #    2.0        1.8        1.7      thousand  .7-2.7
MONOS #    0.5        0.4        0.4      thousand  .1-.7
GRAN #                                    thousand  1.2-7.2
EOS #      0.1        0.1        0.1      thousand  0-.7
BASO #     0.0        0.0        0.0      thousand  0-.2
Comments:                         a
a. *** For test WBC Normals: 4.8-10.0 ***
   *** For test MPV Normals: 7.0-9.5 ***


                   ---- SERUM RIA TESTS ----

SERUM     09/10      11/21                Reference
          2002       2001
          10:55      11:00     Units      Ranges
--------------------------------------------------------------
B-12
FOLATE                         ng/ml      2.2-17.3
ERYTHRO                        mIU/ml     10.2-25.2
CORTISO
FERRITI                        ng/mL
CALCITO                        pg/ml      0-95
FSH
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK   10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Lab Result

Printed On Jun 20, 2006

```
GASTRIN                          pg/ml
 B-12                            pg/ml      157-1059
HGH                              ng/ml
LH-MEIA
LH                               MIU/ML     0-25
PROLACT
PROLACT                          NG/ML      0-18.5
CORTIS                           ug/dl
TESTOST                          NG/DL
 TSH       1.083      0.882      uU/ml      .49-4.67
T-3 RU                34.83
T-4                    7.50
FTI                    2.61
TSH-HS                           MICROIU/ML  .12-7
TRIIODO                          ng/ml       .9-2
FR T-4                           NG/DL       .8-2
B 12                             PG/ML      171-953
CORTISO                          MCG/DL      7-21
CEA-EIA
CEA-MEI                          ng/ml      0-5
ALD-REC                          ng/dl      1-16
ALD-STA                          ng/dl      4-31
Comments:     a           b
a. *** For test  Units: uU/ml and Normals: .49-4.67 ***
b. *** For test T-4 Units: ug/dl and Normals: 4.5-12.0 ***
   *** For test T-3 RU Units: % and Normals: 25-35 ***
   *** For test FTI Units: UG/DL and Normals: 1.3-3.2 ***
   *** For test  TSH Normals: 0.49-4.67 ***
   *** For test  Units: uU/ml and Normals: 0.49-4.67 ***


                          ---- LIPIDS ----

SERUM      10/01     12/10     09/10     11/21         Reference
           2003      2002      2002      2001
           16:44     09:55     10:55     11:00     Units   Ranges
------------------------------------------------------------------
CHOL       227 H     208 H     224 H     235 H     MG/DL   SEE BELOW
TRIG       143       123       173 H     127       MG/DL   40-160
HDLC        45        37        45        57       MG/DL   29-67
LDLC       153       146       144       153       MG/DL
CHOLHDL                                                    1-5
LDL/HDL                                                    1-3.5
CHYLO
APPEAR
APPEARA
CHYLOMI                                                    0-2
ALPHA                                              %       16.7-45.7
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK  10583
130363209

Printed at MIAMI VAMC

# Lab Result

Printed On Jun 20, 2006

```
PREBETA                                              %   3-30.2
BETA                                                 %   39.2-65.2
Comments:    a.        b.        c.        d.
a. The formula is LDL=(CHOL-(HDL+(TRIG/5)))
   *** For test CHOL Normals: 75-200 ***
   Evaluation for CHOL:
    REFERENCE VALUE INTERPRETATION:
   BORDERLINE 200-239 mg/dL
   DESIRABLE  <200     mg/dL
   HIGH       >240     mg/dL
   Evaluation for TRIG:
   LIPID METABOLISM DISORDER: >200 mg/dL
   *** For test HDLC Normals: 35-55 ***
   Evaluation for HDLC:
   RISK INDICATOR: <35 mg/dL
b. The formula is LDL=(CHOL-(HDL+(TRIG/5)))
   *** For test CHOL Normals: 75-200 ***
   *** For test HDLC Normals: 35-55 ***
c. The formula is LDL=(CHOL-(HDL+(TRIG/5)))
   *** For test CHOL Normals: 75-200 ***
   *** For test HDLC Normals: 35-55 ***
d. The formula is LDL=(CHOL-(HDL+(TRIG/5)))
   *** For test CHOL Normals: 75-200 ***
```

---- MISCELLANEOUS TESTS ----

| DATE | TIME | SPECIMEN | TEST | VALUE | | Ref ranges |
|---|---|---|---|---|---|---|
| 10/01/2003 | 16:44 | SERUM | PSA : | 7.06 H | ng/ml | 0-4 |
| 10/01/2003 | 16:44 | SERUM | UR NIT: | 18 | MG/DL | 9-20 |
| 10/01/2003 | 16:44 | SERUM | CREAT: | 1.2 | MG/DL | .8-1.5 |
| 10/01/2003 | 16:44 | SERUM | NA: | 144 | MMOL/L | 137-145 |
| 10/01/2003 | 16:44 | SERUM | K: | 4.4 | MMOL/L | 3.6-5 |
| 10/01/2003 | 16:44 | SERUM | CL: | 109 H | MMOL/L | 98-107 |
| 10/01/2003 | 16:44 | SERUM | CA: | 9.0 | MG/DL | 8.4-10.2 |
| 10/01/2003 | 16:44 | SERUM | ANI GAP: | 8 L | MMOL/L | 9-16 |
| 10/01/2003 | 16:44 | SERUM | ECO2: | 27 | MMOL/L | 22-30 |

The formula is LDL=(CHOL-(HDL+(TRIG/5)))

| DATE | TIME | SPECIMEN | TEST | VALUE | | Ref ranges |
|---|---|---|---|---|---|---|
| 10/01/2003 | 16:44 | BLOOD | NE#: | 3.7 | thousand | 2.2-7 |
| 10/01/2003 | 16:44 | BLOOD | NE%: | 58.7 | % | 45-79 |
| 10/01/2003 | 16:44 | BLOOD | EOSINO%: | 1.1 | % | 0-7 |
| 10/01/2003 | 16:44 | BLOOD | BASO%: | 0.7 | % | 0-2.5 |
| 12/10/2002 | 09:55 | SERUM | PSA : | 6.98 H | ng/ml | 0-4 |
| 09/10/2002 | 10:55 | BLOOD | NE#: | 2.7 | thousand | 2.2-7 |
| 09/10/2002 | 10:55 | BLOOD | NE%: | 53.5 | % | 45-79 |
| 09/10/2002 | 10:55 | BLOOD | EOSINO%: | 1.6 | % | 0-7 |
| 09/10/2002 | 10:55 | BLOOD | BASO%: | 0.8 | % | 0-2.5 |

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK  10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Lab Result

Printed On Jun 20, 2006

```
09/10/2002 10:55   SERUM              PSA :       7.07  H   ng/ml     0-4
09/10/2002 10:55   SERUM              UR NIT:     18        MG/DL     9-20
09/10/2002 10:55   SERUM              CREAT:      1.2       MG/DL     .8-1.5
09/10/2002 10:55   SERUM              NA:         150   H   MMOL/L    137-145
09/10/2002 10:55   SERUM              K:          4.9       MMOL/L    3.6-5
09/10/2002 10:55   SERUM              CL:         110   H   MMOL/L    98-107
09/10/2002 10:55   SERUM              CA:         9.2       MG/DL     8.4-10.2
09/10/2002 10:55   SERUM              ANI GAP:    11        MMOL/L    9-16
09/10/2002 10:55   SERUM              ECO2:       29        MMOL/L    22-30
The formula is LDL=(CHOL-(HDL+(TRIG/5)))
11/21/2001 11:00   SERUM              PSA :       5.52  H   ng/ml     0-4
11/21/2001 11:00   SERUM              UR NIT:     17        MG/DL     9-20
11/21/2001 11:00   SERUM              CREAT:      1.1       MG/DL     .8-1.5
11/21/2001 11:00   SERUM              NA:         144       MMOL/L    137-145
11/21/2001 11:00   SERUM              K:          3.9       MMOL/L    3.6-5.0
11/21/2001 11:00   SERUM              CL:         103       MMOL/L    98-107
11/21/2001 11:00   SERUM              CA:         8.8       MG/DL     8.4-10.2
11/21/2001 11:00   SERUM              ANI GAP:    16        MMOL/L    9-16
11/21/2001 11:00   SERUM              ECO2:       24        MMOL/L    22-30
The formula is LDL=(CHOL-(HDL+(TRIG/5)))
11/21/2001 11:00   BLOOD              NE#:        3.0       thousand  2.2-7.0
11/21/2001 11:00   BLOOD              NE%:        58.3      %         45-79
11/21/2001 11:00   BLOOD              EOSINO%:    1.2       %         0-7
11/21/2001 11:00   BLOOD              BASO%:      0.7       %         0-2.5
==============================================================================
```

```
                            ---- MICROBIOLOGY ----
Accession: PA 02 13149              Received: Oct 02, 2002 14:54
Collection sample: STOOL            Collection date: Oct 02, 2002 14:54
Site/Specimen: FECES
Provider: FRONTON,LEONARD

* PARASITOLOGY FINAL REPORT => Oct 02, 2002   TECH CODE: 2034
Parasitology Remark(s):
  NEGATIVE FOR OCCULT BLOOD
                            ---- MICROBIOLOGY ----
Accession: PA 02 13148              Received: Oct 02, 2002 14:54
Collection sample: STOOL            Collection date: Oct 02, 2002 14:54
Site/Specimen: FECES
Provider: FRONTON,LEONARD

* PARASITOLOGY FINAL REPORT => Oct 02, 2002   TECH CODE: 2034
Parasitology Remark(s):
  NEGATIVE FOR OCCULT BLOOD
                            ---- MICROBIOLOGY ----
Accession: PA 02 13147              Received: Oct 02, 2002 14:54
Collection sample: STOOL            Collection date: Oct 02, 2002 14:53
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

GIBBONS, WILLIAM
194 GARTH ROAD
APT.#4I
SCARSDALE, NEW YORK  10583
130363209

VISTA Electronic Medical Documentation

Printed at MIAMI VAMC

# Lab Result

Printed On Jun 20, 2006

```
Site/Specimen: FECES
Provider: FRONTON,LEONARD

* PARASITOLOGY FINAL REPORT => Oct 02, 2002   TECH CODE: 2034
Parasitology Remark(s):
   NEGATIVE FOR OCCULT BLOOD
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| GIBBONS, WILLIAM<br>194 GARTH ROAD<br>APT.#4I<br>SCARSDALE, NEW YORK   10583<br>130363209 | Printed at MIAMI VAMC |