## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2007, I caused a copy of the foregoing MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION AND MEMORANDUM OF LAW SUBMITTED BY DEFENDANTS THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF VETERANS AFFAIRS' SEEKING TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6) to be served by delivering a true cop(ies) to the named defendant(s) by their respective counsel in a pre-paid, properly addressed and sealed Federal Express envelope, marked for next day delivery on September 20, 2007, upon the following individuals:

**Michael Joseph Gudzy, Esq.**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Attorneys for Defendants DR. FONTON, DR. FEIN
AND STERLING CORP.
150 East 42nd Street
New York, NY 10017-5639

**Allison D. Penn, Esq.**
Assistant United States Attorney
Attorneys for Defendants U.S.A. and DEPT. of VA AFFAIRS
86 Chambers Street
New York, NY 10007

By: _/s/ Michael J. Horwitz_
MICHAEL J. HORWITZ, ESQ.