CERTIFICATE OF SERVICE

       I, Allison Penn, Assistant United States Attorney for the Southern District of New York, hereby certify that on October 10, 2007, I caused a copy of the Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss, and Reply Declaration of Larry Joseph Brinkman, to be served by Federal Express mail, upon the following:

Sherri L. Plotkin, Esq.
Barton, Barton & Plotkin, LLP
Attorneys for Plaintiff
420 Lexington Avenue
New York, N.Y. 10170

Michael J. Gudzy, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Attorneys for Defendants Sterling Medical Associates,
Leonard Fronton, D.O. and Steven Fine, M.D.
150 East 42nd Street
New York, N.Y. 10017-5639

Dated: New York, New York
       October 10, 2007

                                    ALLISON D. PENN (AP-3787)
                                    Assistant United States Attorney