

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 28, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

MEMO ENDORSED

**BY HAND**
Hon. Miriam Goldman Cedarbaum
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1330
New York, N.Y. 10007-1312

      Re:    Gibbons v. Leonard Fronton, D.O., et al.
            07 Civ. 2801 (MGC)

Dear Judge Cedarbaum:

      This Office represents the United States of America in the above-referenced action brought pursuant to the Federal Tort Claims Act ("FTCA"). Due to the press of business, the Government respectfully requests one additional week, until December 7, 2007, to file its response to Plaintiff's Memorandum of Law regarding the Discretionary Function Exception filed with the Court on November 13, 2007. Counsel for Plaintiff and counsel for Defendants Sterling Medical Associates, Leonard Fronton, D.O. and Steven Fine, M.D. consent to this request.

      Thank you for your consideration of this matter.

                                              Respectfully,

                                              MICHAEL J. GARCIA
                                              United States Attorney for the
                                              Southern District of New York
                         By:
                                              ALLISON D. PENN (AP-3787)
                                              Assistant United States Attorney
                                              Tel.: (212) 637-2725
                                              Fax: (212) 637-2702

*[Handwritten:]* Request granted.
So ordered.

/s/ _____
United States District Judge
December 3, 2007

cc: <u>BY REGULAR MAIL</u>
Thomas P. Guiffra, Esq.
Barton, Barton & Plotkin
420 Lexington Avenue
New York, N.Y. 10170
Attorneys for Plaintiff William B. Gibbons

Michael J. Gudzy, Esq.
150 East 42nd Street
New York, N.Y. 10017-5639
Attorneys for Defendants
Sterling Medical Associates, Leonard Fronton, D.O.
and Steven Fine, M.D.