7817/TPG/jf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM G. GIBBONS,

        Plaintiff,

-against-

LEONARD FRONTON, D.O., STEVEN FEIN, M.D., STERLING MEDICAL CORPORATION, DEPARTMENT OF VETERANS AFFAIRS and THE UNITED STATES OF AMERICA,

        Defendants.

Case No.: 07-CV-2801

**MANDATORY DISCLOSURE PURSUANT TO FRCP 26(a)**

---

    Plaintiff, WILLIAM GIBBONS, by his attorneys, BARTON, BARTON & PLOTKIN, LLP, respectfully sets forth the following pursuant to the Federal Rules of Civil Procedure 26(a):

1. **WITNESSES**:

    Plaintiff is not aware of any individuals at this time likely to have discoverable information concerning this action other than the parties to this action, their agents, servants and/or employees.

2. **INSURANCE/ COLLATERAL SOURCE INFORMATION:**

    Plaintiff, WILLIAM GIBBONS, receives collateral source benefits through TriCare Military Insurance, ASI, Attention: Corporate Plans Dept., 2301 Research Blvd., Suite 300, Rockville, MD 20850-6265. An authorization to obtain plaintiff's collateral source information is provided herein simultaneously with the service of the this document.

3. **DOCUMENTS:**

Plaintiff WILLIAM GIBBONS received treatment for his injuries related to the medical negligence claimed against the defendants from the following sources: Deerfield Beach Community-Based Outpatient Clinic, Bronx VA Hospital and Dr. Thomas Grimaldi c/o Bronx VA Hospital. Duly-executed HIPAA compliant authorizations to obtain the plaintiff's medical records are provided herein simultaneously with the service of this document.

4. **EMPLOYMENT:**

Not applicable. Plaintiff is not claiming loss of earnings.

5. **PARTIES APPEARING:**

BARTON, BARTON & PLOTKIN, LLP
Attorneys for Plaintiff
420 Lexington Avenue
New York, NY 10170

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER, LLP
Attn: Michael J. Gudzy Esq.
150 East 42nd Street
New York, NY 10017

6. **EXPERT DISCLOSURES:**

Plaintiff's expert disclosures will provided under separate cover.

7. **PARTY STATEMENTS:**

Plaintiff is not in possession of any party statements at this time. Plaintiff, however, reserves the right to supplement this response at any time as further information becomes available.

Dated: New York, New York
      May 22, 2008

                              BARTON, BARTON & PLOTKIN, LLP

                        By: _____
                             THOMAS P. GIUFFRA (TPG 1274)
                             Attorneys for Plaintiff
                             420 Lexington Avenue
                             New York, NY 10170
                             (212) 687-6262

TO:

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER, LLP
Attn: Michael J. Gudzy Esq.
150 East 42nd Street
New York, NY 10017

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I caused a copy of the foregoing MANDATORY DISCLOSURE PURSUANT TO FRCP 26(A) to be served via regular mail by delivering a true cop(ies) to the named defendant(s) by their respective counsel in a post-paid properly addressed sealed envelope in the exclusive care and custody of the United States Postal Service, upon the following individuals:

**Michael Joseph Gudzy, Esq.**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Attorneys for Defendants DR. FONTON, DR. FINE
and STERLING CORP.
150 East 42nd Street
New York, N.Y. 10017-5639

_____
Jennifer Fleming
Managing Paralegal

Index No. CV-07-2801    Year        RJI No.        Hon.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GIBBONS,

                        Plaintiff,

    -against-

LEONARD FRONTON, D.O., STEVEN FEIN, M.D., STERLING MEDICAL
CORPORATION, DEPARTMENT OF VETERANS AFFAIRS and THE UNITED
STATES OF AMERICA,

                        Defendants.

MANDATORY DISCLOSURE PURSUANT TO F.R.C.P. 26(A)

BARTON BARTON & PLOTKIN LLP

*Attorneys for* Plaintiff
Office and Post Office Address, Telephone
420 LEXINGTON AVENUE
NEW YORK, NEW YORK 10170
TELEPHONE: (212) 687-6262
FACSIMILE: (212) 697-3043

Signature (Rule 130-1.1-a)

To

Print name beneath

Attorney(s) for

Service of a copy of the within                                     is hereby admitted.

Dated,

                        Attorney(s) for

Please take notice
☐ **NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on
☐ **NOTICE OF SETTLEMENT**
that an order                    of which the within is a true copy will be presented for
settlement to the HON.                                           one of the judges
of the within named court, at
on                              at              M

Dated,                                      Yours, etc.

                        BARTON BARTON & PLOTKIN LLP
                        *Attorneys for*

To                                      Office and Post Office Address
                        420 LEXINGTON AVENUE
Attorney(s) for                         NEW YORK, NEW YORK 10170