UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WILLIAM G. Gibbons

                       Plaintiff,                   07 CIVIL 2801 (MGC)

-against-

Leonard Fronton, D.O., Steven Fein, M.D., Sterling Medical Corporation, Department of Veterans Affairs and The United States of America    Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _defendant Leonard Fronton, D.O. and Sterling Medical Corporation_

☐ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 2288470

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: Wilson, Elser, Moskowitz, Edelman & Dicker

    To: Furman Kornfeld & Brennan LLP

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* 545 Fifth Avenue, Suite 401 New York, NY 10017

☐ *Telephone Number:* 212-867-4100

☐ *Fax Number:* 212-867-4118

☐ *E-Mail Address:* NKornfeld@fkbllp.com

Dated: 6/30/08